

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial:  (302) 622-4211
Email Address:  gwilliams@foxrothschild.com

January 14, 2011

## VIA CM/ECF AND HAND DELIVERY

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

> **Re:** **ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.**
> **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

In accordance with Paragraph 9 of the Scheduling Order, enclosed are two (2) copies of Plaintiff ITT Manufacturing Enterprises, Inc.'s CD/DVD containing its tutorial on the technology at issue. The tutorial is less than thirty (30) minutes. The CD/DVD contains the tutorial in both Windows Media and Flash Movie files. We were told that the Court definitely has the capability to assess a Windows Media file and may be able to access a Flash Movie file. Although the Windows Media file provides very good resolution, the better resolution can be found by viewing it as a Flash Movie file.

Thank you for your consideration of these matters.

Respectfully submitted,

/s/ Gregory B. Williams (#4195)

Gregory B. Williams

GW:bjr
Encls.
cc:    Paul E. Crawford, Esquire (via Hand Delivery) (w/encl.)
       John G. Day, Esquire (via Hand Delivery) (w/encl.)



**Fox Rothschild** LLP
ATTORNEYS AT LAW

The Honorable Leonard P. Stark
January 14, 2011
Page 2

> Richard L. Horowitz, Esquire (via Hand Delivery) (w/encl.)
> James D. Berquist, Esquire
> Counsel of Record for All Defendants (via CM/ECF) (w/o encl.)