

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 14, 2011

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    ***ITT Manufacturing Enterprises, Inc., v. Cellco Partnership, et al.***
            **C.A. No. 09-190-LPS**

Dear Judge Stark:

    Pursuant to the Court's December 27, 2010 Scheduling Order, Defendants hereby submit their tutorial on the technology at issue in this matter. Enclosed with this letter are:

- Two copies of a DVD containing a 30-minute tutorial presentation file, as well as a printable version of the tutorial slides and accompanying text; and

- Four hard copies of the tutorial slides and accompanying text. This printed text is identical to the narrative of the video presentation, and is simply provided for ease of later reference.

    The presentation may be launched by opening the file on the DVD entitled "Defs. Technology Tutorial Presentation.html". While the presentation should play straight through upon being launched, it should also show a topical outline at the left of the window. One may select and replay sections of the presentation by clicking on the desired topical title from this outline.

    In order for the presentation to display properly, it should be played in a Web browser with the Adobe Flash Player plugin installed.[1] If the Court has any difficulties viewing the presentation, please contact us immediately and we will be happy to assist.

---

[1] The plugin is available as a free download at http://get.adobe.com/flashplayer/.

The Honorable Leonard P. Stark
January 14, 2011
Page 2

       Of course, we are also providing a copy of Defendants' tutorial to counsel for ITT today.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

DEM/nmt
997010 / 34172

Enclosures
cc:    Clerk of the Court (via hand delivery)
        Local Counsel of Record (via hand delivery w/DVD and hard copy)