IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC.,<br>    *Plaintiff,*<br>v.<br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., KYOCERA COMMUNICATIONS, INC. (f/k/a KYOCERA SANYO TELECOM, INC.), and QUALCOMM INC.,<br>    *Defendants.* | Civil Action No. 09-190-LPS<br><br>JURY TRIAL DEMANDED<br><br>**PUBLIC VERSION** |

### ITT'S OPENING LETTER IN ADVANCE OF THE MARCH 16, 2011 TELECONFERENCE ADDRESSING DISCOVERY DISPUTES WITH QUALCOMM

                                        Gregory B. Williams (I.D. No. 4195)
                                        FOX ROTHSCHILD LLP
                                        Citizens Bank Center
                                        919 N. Market Street, Suite 1300
                                        Wilmington, DE 19899
                                        Tel: (302) 622-4211

*Of Counsel:*

James D. Berquist, Esq.
J. Scott Davidson, Esq.
Donald L. Jackson, Esq.
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd., Suite 700
Arlington, VA 22203
Tel: (703) 894-6400

Dear Judge Stark:

-1-

  Plaintiff, ITT Manufacturing Enterprises, Inc. ("ITT"), submits this letter in advance of the teleconference scheduled for March 16, 2011 in support of its request that: (1) Defendant Qualcomm, Inc. be compelled to identify which of the over 45,000 binary log files it has produced were based on its <u>wireless</u> testing <u>in the U.S.</u>; and (2) ITT be permitted to conduct discovery into why Qualcomm's Rule 30(b)(6) witnesses repeatedly gave incorrect or false testimony regarding a central issue in this case (*i.e.*, what GPS data is actually provided to Qualcomm-equipped phones over a wireless network), and who, if anyone, was involved in Qualcomm's attempts to conceal the truth from ITT and the Court.

  [REDACTED]

  Accordingly, ITT seeks permission to conduct limited discovery into why Qualcomm's witnesses gave incorrect or false testimony and who was behind that testimony.

              Respectfully submitted,

              FOX ROTHSCHILD LLP

              /s/ Gregory B. Williams
              Gregory B. Williams (I.D. No. 4195)

Public Version Dated: March 17, 2011