# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-190-LPS  **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 27, 2010, the Court So Ordered the currently operative Scheduling Order in this matter;

WHEREAS, the Scheduling Order sets forth the following dates regarding the disclosure of expert testimony:

1. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before March 30, 2011;

2. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before April 29, 2011; and

3. Reply expert reports, which may address only secondary considerations, commercial success, estoppel and/or other issues addressed for the first time in any rebuttal expert report, are due on or before May 13, 2011;

WHEREAS, on March 16, 2011, the Court directed the parties to submit a stipulation modifying the dates for expert reports to be triggered by the issuance of an order construing the terms of the patent at issue in this matter ("*Markman* Order");

IT IS HEREBY STIPULATED AND ORDERED that the Scheduling Order shall be modified as follows:

1. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due no later than twenty-one (21) days following the issuance of the *Markman* Order;

2. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due no later than fifty-one (51) days following the issuance of the *Markman* Order; and

3. Reply expert reports, which may address only secondary considerations, commercial success, estoppel and/or other issues addressed for the first time in any rebuttal expert report, are due no later than sixty-five (65) days following the issuance of the *Markman* Order.

4. The final pre-trial conference and trial dates are not changed by this Stipulated Order.

| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Gregory B. Williams* | */s/ Paul E. Crawford* |
| Gregory B. Williams, Esq. (ID No. 4195) | Paul E. Crawford, Esq. (ID No. 0493) |
| Citizens Bank Center | 1007 N. Orange Street |
| 919 Market Street, Suite 1300 | P.O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 622-4211 | (302) 658-9141 |
| gwilliams@foxrothschild.com | pcrawford@cblh.com |

*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

*Attorneys for Defendants*
*LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Wireless Corp. and Kyocera Communications, Inc.*

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ John G. Day* | */s/ David E. Moore* |
| John G. Day, Esq. (ID No. 2403) | David E. Moore (ID No. 3983) |
| ASHBY & GEDDES | 1313 N. Market St., 6th Floor |
| 500 Delaware Ave., 8th Floor | P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0951 |
| jday@asby-geddes.com | dmoore@potteranderson.com |

*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

*Attorneys for Defendant*
*QUALCOMM, Inc.*

_____
UNITED STATES DISTRICT JUDGE