# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 09-190-LPS

**JURY TRIAL DEMANDED**

## STIPULATION AMENDING SCHEDULING ORDER

The parties, by and through their undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court, that the operative Scheduling Order in this matter (dated December 27, 2010 and amended on March 24, 2011) shall be further amended as follows:

1. Any party desiring to depose an expert witness shall notice and complete said deposition no later than ninety (90) days following the issuance of an order construing the terms of the patent at issue in this matter ("*Markman* Order");

2. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed no later than one hundred and seven (107) days following the issuance of the *Markman* Order; and

3. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm.*, *Inc.*, 509 U.S. 579 (1993), as incorporated in

Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Gregory B. Williams | /s/ Paul E. Crawford |
| Gregory B. Williams, Esq. (ID No. 4195) | Paul E. Crawford, Esq. (ID No. 0493) |
| Citizens Bank Center | 1007 N. Orange Street |
| 919 Market Street, Suite 1300 | P.O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 622-4211 | (302) 658-9141 |
| gwilliams@foxrothschild.com | pcrawford@cblh.com |
| *Attorneys for Plaintiff* *ITT Manufacturing Enterprises, Inc.* | *Attorneys for Defendants* *LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Wireless Corp. and Kyocera Communications, Inc.* |
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| /s/ John G. Day | /s/ David E. Moore |
| John G. Day, Esq. (ID No. 2403) | David E. Moore (ID No. 3983) |
| ASHBY & GEDDES | 1313 N. Market St., 6th Floor |
| 500 Delaware Ave., 8th Floor | P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0951 |
| jday@asby-geddes.com | dmoore@potteranderson.com |
| *Attorneys for Defendant* *Cellco Partnership (d/b/a Verizon Wireless)* | *Attorneys for Defendant* *QUALCOMM, Inc.* |

_____
UNITED STATES DISTRICT JUDGE

1017751/34172