IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., KYOCERA SANYO TELECOM, INC., and QUALCOMM INC., | ) ) ) ) ) ) ) ) | C.A. No. 09-190-LPS |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant Cellco Partnership (d/b/a Verizon Wireless), effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Kirkland and Ellis LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

John G. Day (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Cellco Partnership
(d/b/a Verizon Wireless)*

*Of Counsel:*

Edward C. Donovan
Gregory F. Corbett
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000
edonovan@kirkland.com
gcorbett@kirkland.com
cnalevanko@kirkland.com

Dated: June 27, 2011