# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

November 2, 2011

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

> Re:   *ITT Manufacturing Enterprises, Inc., v. Cellco Partnership, et al.*
>       C.A. No. 09-190-LPS

Dear Judge Stark:

I write on behalf of all parties concerning the current schedule in the above-referenced matter.  By orders dated March 24, 2011 and June 27, 2011, the deadlines for expert reports and summary judgment motions were extended and tied to the issuance of the Markman Order in this matter.  Pursuant to the Scheduling Order, dated December 27, 2010, in the above-referenced matter, however, certain deadlines remain fixed on the Court's calendar:  the Joint Proposed Final Pretrial Order and motions in limine are due on or before November 11, 2011; proposed voir dire, instructions to the jury, special verdict forms and jury interrogatories are due three full business days before the Final Pretrial Conference; the Final Pretrial Conference is scheduled for November 28, 2011, at 8:00 a.m.; and the trial is scheduled to begin on December 14, 2011.  The parties anticipate that the Court will wish to cancel the currently scheduled dates and to reschedule the Final Pretrial Conference and trial for dates that follow the issuance of the Markman Order and the filing of dispositive motions.  Accordingly, counsel for the parties request that these dates be taken off calendar and are available for a scheduling teleconference at the Court's convenience, if the Court would find it helpful.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/nmt/1033668 / 34172

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)