IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC.,<br><br>                                      Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>                                      Defendants. | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE TO WITHDRAW MATTHEW B. WEINSTEIN AS COUNSEL OF RECORD**

TO THE CLERK OF THE COURT and PARTIES OF RECORD:

Defendants Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc.. ("Kyocera") respectfully request the Court to withdraw the appearance of Matthew B. Weinstein as pro hac vice counsel for Kyocera on the following grounds:

1. On May 18, 2010, the Court entered an order granting the motion to allow Matthew B. Weinstein to enter his pro hac vice appearance for defendant Kyocera.

2. Several other attorneys have entered appearances as counsel or pro hac vice counsel for defendant Kyocera.

3. Defendant Kyocera does not oppose this notice, and no other party will be prejudiced thereby.

WHEREFORE, defendant Kyocera seeks entry of an order granting Matthew B. Weinstein leave to withdraw as pro hac vice counsel for Kyocera, directing the Clerk of the Court to strike his appearance and to remove him from the CM/ECF service list in this matter, and directing all other parties that he need not be served with any further pleadings, motions, or other papers in this matter.

Dated: December 7, 2011

OF COUNSEL:

Jeffrey K. Sherwood
Frank C. Cimino, Jr.
DeAnna D. Allen
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Paul E. Crawford
Paul E. Crawford (No. 0493)
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
pcrawford@cblh.com

*Attorneys for Defendant Kyocera*

4565116

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 7, 2011, a copy of the foregoing NOTICE TO WITHDRAW MATTHEW B. WEINSTEIN AS COUNSEL OF RECORD was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Paul E. Crawford
Paul E. Crawford (No. 0493)
pcrawford@cblh.com

*Attorney for Defendant Kyocera*