# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CELLCO PARTNERSHIP (d/b/a Verizon ) | C.A. No. 09-190-LPS |
| Wireless), LG ELECTRONICS, INC., LG ) | |
| ELECTRONICS USA, INC., and LG ) | **JURY TRIAL DEMANDED** |
| ELECTRONICS MOBILECOMM U.S.A., INC., ) | |
| KYOCERA CORPORATION, KYOCERA ) | |
| INTERNATIONAL, INC., KYOCERA ) | |
| WIRELESS CORP., and KYOCERA ) | |
| COMMUNICATIONS, INC., and QUALCOMM ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jefferson E. Bell of Cravath, Swaine & Moore LLP, 825 8th Avenue, New York, NY 10019 to represent Defendant Qualcomm Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: December 9, 2011        *Attorneys for Defendant Qualcomm Inc.*
1038525/ 34172

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                  _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 9, 2011                    Signed: *Jefferson E. Bell*
                                          Jefferson E. Bell
                                          Cravath, Swaine & Moore LLP
                                          825 8th Avenue
                                          New York, NY 10019
                                          Tel: (212) 474-1000
                                          jbell@cravath.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 9, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 9, 2011, the attached document was Electronically Mailed to the following person(s):

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA 22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Gregory F. Corbett
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
edward.donovan@kirkland.com
gregory.corbett@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Paul E. Crawford
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
pcrawford@cblh.com
*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc., LG Mobilecomm
U.S.A., Inc., Kyocera Corporation, Kyocera
International, Inc., Kyocera Wireless Corp.,
and Kyocera Sanyo Telecom, Inc.*

Larry R. Schmadeka
LEE, HONG, DEGERMAN, KANG
& WAIMEY, P.C.
660 South Figueroa Street. Suite 2300
Los Angeles, CA 90017
madeka@lhlaw.com
*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc., and LG Mobilecomm
U.S.A., Inc.*

Jeffery K. Sherwood
Frank C. Cimino, Jr.
DeAnna D. Allen
Robert L. Kinder
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
ITT-Kyocera-LG@dicksteinshapiro.com
*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc., LG Mobilecomm
U.S.A., Inc., Kyocera Corporation, Kyocera
International, Inc., Kyocera Wireless Corp.,
and Kyocera Sanyo Telecom, Inc.*

Claudia Wilson Frost
Christopher Richart
PILLSBURY WINTHROP
SHAW PITTMAN LLP
909 Fannin – Suite 2000
Houston, TX 77010
claudia.frost@pillsburylaw.com
chris.richart@pillsburylaw.com
*Attorneys for Non-Party AT&T Mobility LLC*

By: */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

910256 / 34172

2