

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

December 23, 2010

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE  19801

    Re:   *ITT Manufacturing Enterprises, Inc., v. Cellco Partnership, et al.*
             C.A. No. 09-190-LPS

Dear Judge Stark:

    Pursuant to the Court's December 8, 2011 Order, enclosed is the Stipulation and Proposed Order regarding scheduling to which the parties have agreed.

    The parties are available at the Court's convenience if Your Honor has any questions.

                      Respectfully,

                      */s/ Richard L. Horwitz*

                      Richard L. Horwitz

RLH/msb
1040414 / 34172

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)