# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), )<br>LG ELECTRONICS, INC., LG ELECTRONICS )<br>USA, INC., and LG ELECTRONICS )<br>MOBILECOMM U.S.A., INC., KYOCERA )<br>CORPORATION, KYOCERA INTERNATIONAL, )<br>INC., KYOCERA WIRELESS CORP., and )<br>KYOCERA COMMUNICATIONS, INC., and )<br>QUALCOMM INC., )<br>)<br>Defendants. ) | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 27, 2010, the Court entered the Scheduling Order setting forth dates for the disclosure of expert testimony, expert depositions, expert challenges, case dispositive motions, the joint proposed final pretrial order, motions *in limine*, jury instructions, voir dire, special verdict forms, jury interrogatories, the Final Pretrial Conference, and the trial;

WHEREAS, on March 24, 2011, the Court amended the Scheduling Order to modify the dates for the disclosure of expert testimony to be contingent on the issuance of an order construing the terms of the patent at issue in this matter ("*Markman* Order");

WHEREAS, on June 27, 2011, the Court further amended the Scheduling Order to modify the dates for expert discovery, case dispositive motions, and expert challenges to be contingent on the issuance of the *Markman* Order;

WHEREAS, on November 8, 2011, the Court canceled the dates for the Final Pretrial Conference and trial, and on December 8, 2011, instructed the parties jointly to submit a

proposed scheduling order four days before the parties' teleconference with the Court on January 9, 2012;

IT IS HEREBY STIPULATED AND ORDERED that the parties shall proceed consistent with the terms of the Scheduling Order, which shall be modified as follows:

| Event | Due Date |
|---|---|
| Opening reports from experts on issues on which the party bears the burden of proof | Within 42 days following the issuance of the *Markman* Order |
| Rebuttal expert reports to contradict or rebut evidence on the same matter identified by another party | Within 42 days following opening expert reports |
| Reply expert reports, which may address only secondary considerations, commercial success, estoppel and/or other issues addressed for the first time in any rebuttal expert report | Within 21 days following rebuttal expert reports |
| Completion of expert depositions | Within 28 days following reply expert reports |
| Opening case dispositive motions and opening *Daubert* motions | Within 28 days following completion of expert depositions |
| Final Pretrial Conference | At least 140 days following opening case dispositive motions |
| Proposed instructions to the jury, voir dire, and special verdict forms and jury interrogatories | Seven (7) days prior to the Final Pretrial Conference |
| Joint proposed final pretrial order, including motions *in limine* | Fourteen (14) days prior to the Final Pretrial Conference |
| Trial | At least fourteen (14) days following the Final Pretrial Conference |

| | |
|---|---|
| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Gregory B. Williams | /s/ Paul E. Crawford |
| Gregory B. Williams (#4195) | Paul E. Crawford (#0493) |
| Citizens Bank Center | 1007 N. Orange Street |
| 919 Market Street, Suite 1300 | P.O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 622-4211 | (302) 658-9141 |
| gwilliams@foxrothschild.com | pcrawford@cblh.com |
| *Attorneys for Plaintiff ITT Manufacturing Enterprises, Inc.* | *Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Wireless Corp. and Kyocera Communications, Inc.* |
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| /s/ John G. Day | /s/ David E. Moore |
| John G. Day (#2403) | David E. Moore (#3983) |
| 500 Delaware Ave., 8th Floor | 1313 N. Market St., 6th Floor |
| Wilmington, DE 19899 | P.O. Box 951 |
| (302) 654-1888 | Wilmington, DE 19899-0951 |
| jday@asby-geddes.com | (302) 984-6000 |
| | dmoore@potteranderson.com |
| *Attorneys for Defendant Cellco Partnership (d/b/a Verizon Wireless)* | *Attorneys for Defendant QUALCOMM, Inc.* |

IT IS SO ORDERED this _____ day of _____, 201__.

_____
U.S.D.J.

1040173 / 34172