## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., (a Delaware corporation), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 09-190-LPS |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG MOBILECOMM U.S.A., INC., MOTOROLA, INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA SANYO TELECOM, INC., QUALCOMM INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE ON
## BEHALF OF CERTAIN DEFENDANTS

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of DeAnna D. Allen, Esq., Jeffrey K. Sherwood, Esq., Frank C. Cimino, Jr., Esq., and Robert L. Kinder, Esq. of Dickstein Shapiro LLP as counsel to represent Defendants, Kyocera Corporation, LG Electronics, Inc., LG Electronics USA, Inc. and LG MobileComm USA Inc. in this matter.  Through an oversight pro hac vice representation of these defendants was not perfected in the early stages of this case (See D.I. 39).  These defendants have, however, been represented by Delaware counsel since their filing of responsive pleadings in the case.

Because DeAnna Allen, Jeffrey Sherwood, Frank Cimino, Jr. and Robert Kinder are already admitted on behalf of other defendants in this case and have paid the pro hac vice fee of

$25, it is respectfully submitted that an additional fee is not required to be submitted with this Motion.

Dated:  January 5, 2012                                    CONNOLLY BOVE LODGE & HUTZ LLP

                                                                        _/s/ Paul E. Crawford_____

OF COUNSEL:                                                Paul E. Crawford (No. 0493)
                                                                        The Nemours Building
Jeffrey K. Sherwood                                      1007 N. Orange St.
DeAnna D. Allen                                            P.O. Box 2207
Frank C. Cimino, Jr.                                       Wilmington, DE 19899
Robert L. Kinder                                            (302) 658-9141
DICKSTEIN SHAPIRO LLP                            pcrawford@cblh.com
1825 Eye Street NW
Washington, DC 20006-5403                       *Attorneys for LG Electronics, Inc.,*
Telephone: (202) 420-2200                          *LG Electronics U.S.A., Inc., and*
                                                                        *LG Electronics MobileComm U.S.A., Inc.*
4572903                                                          *and Kyocera Corporation*

        SO ORDERED this _____ day of _____, 2012 that counsel's motion for the

admission pro hac vice on behalf of DeAnna D. Allen, Jeffrey K. Sherwood, Frank C. Cimio, Jr.

and Robert L. Kinder is GRANTED.

                                                        _____
                                                        United States District Judge

        Dated:  January __, 2012

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court;

(2) I am admitted, practicing and in good standing as a member of the Bars of District of

Columbia and Ohio; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action; and

(4) I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further

certify that the annual fee of $25.00 was previously paid on my behalf in the subject Civil Action

(No. 09-190-LPS).

Date: 12/15/2011

Robert L. Kinder
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200 (phone)
(202) 420-2201 (fax)
Kinderr@dicksteinshapiro.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court;
(2) I am admitted, practicing and in good standing as a member of the Bars of District of
Columbia and Illinois; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of
this Court for any alleged misconduct which occurs in the preparation or course of this action;
and (4) I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further
certify that the annual fee of $25.00 was previously paid on my behalf in the subject Civil Action
(No. 09-190-LPS).

Date: 12-15-2011

DeAnna D. Allen
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200 (phone)
(202) 420-2201 (fax)
AllenD@dicksteinshapiro.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bars of District of Columbia, Virginia, and Texas; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 was previously paid on my behalf in the subject Civil Action (No. 09-190-LPS).

Date: Jan 3, 2012

Jeffrey K. Sherwood
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200 (phone)
(202) 420-2201 (fax)
SherwoodJ@dicksteinshapiro.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court;

(2) I am admitted, practicing and in good standing as a member of the Bar of District of

Columbia; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action; and (4) I also

certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further

certify that the annual fee of $25.00 was previously paid on my behalf in the subject Civil Action

(No. 09-190-LPS).


Date: 1/3/2012


Frank C. Cimino, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200 (phone)
(202) 420-2201 (fax)
ciminof@dicksteinshapiro.com

## <u>CERTIFICATE OF SERVICE</u>

I, Paul E. Crawford, hereby certify that on January 5, 2012, a copy of the foregoing

MOTION AND ORDER FOR ADMISSION PRO HAC VICE ON BEHALF OF CERTAIN

DEFENDANTS was electronically filed with the Clerk of the Court using CM/ECF which will

send notification of such filing to counsel of record.

<u>       */s/* Paul E. Crawford        </u>
Paul E. Crawford, Esquire (#0493)
pcrawford@cblh.com