

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444   Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

January 5, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

   Re: **ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.**
     **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

  Pursuant to the Court's Order of December 29, 2011, the parties have conferred about proposed redactions to the Memorandum Opinion released on December 29, 2011 (D.I. 453) and the parties do not have any proposed redactions to the Memorandum Opinion.

             Respectfully submitted,

             /s/ Gregory B. Williams (#4195)

             Gregory B. Williams

GW:bjr
cc: Counsel of Record (via CM/ECF)