IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ITT MANUFACTURING ENTERPRISES, INC.,

    Plaintiff,

v.

CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,

    Defendants.

C.A. No. 09-190-LPS

**JURY TRIAL DEMANDED**

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 27, 2010, the Court entered the Scheduling Order setting forth dates for the disclosure of expert testimony, expert depositions, expert challenges, case dispositive motions, the joint proposed final pretrial order, motions *in limine*, jury instructions, voir dire, special verdict forms, jury interrogatories, the Final Pretrial Conference, and the trial;

WHEREAS, on March 24, 2011, the Court amended the Scheduling Order to modify the dates for the disclosure of expert testimony to be contingent on the issuance of an order construing the terms of the patent at issue in this matter ("*Markman* Order");

WHEREAS, on June 27, 2011, the Court further amended the Scheduling Order to modify the dates for expert discovery, case dispositive motions, and expert challenges to be contingent on the issuance of the *Markman* Order;

WHEREAS, on November 8, 2011, the Court canceled the dates for the Final Pretrial Conference and trial, and on December 8, 2011, instructed the parties jointly to submit a proposed scheduling order four days before the parties' teleconference with the Court on January 9, 2012;

WHEREAS, on December 23, 2011, the parties submitted a joint proposed scheduling order for certain remaining deadlines and dates in the action contingent on the date of the issuance of the *Markman* Order;

WHEREAS, on December 27, 2011, the Court entered the scheduling order filed by the parties on December 23, 2011;

WHEREAS, on December 29, 2011, the Court issued the *Markman* Order under seal;

WHEREAS, on January 9, 2012, the Court held a Scheduling Conference with the parties and provided the specific trial date for the parties to insert into the scheduling order entered on December 27, 2011 along with the other specific dates, and instructed the parties to submit such completed scheduling order to the Court;

IT IS HEREBY STIPULATED AND ORDERED that the parties shall proceed consistent with the terms of the Scheduling Order, which shall be modified as follows:

| Event | Due Date |
| --- | --- |
| Opening reports from experts on issues on which the party bears the burden of proof | February 9, 2012 |
| Rebuttal expert reports to contradict or rebut evidence on the same matter identified by another party | March 22, 2012 |
| Reply expert reports, which may address only secondary considerations, commercial success, estoppel and/or other issues addressed for the first time in any rebuttal expert report | April 12, 2012 |
| Completion of expert depositions | May 10, 2012 |

2

| Event | Due Date |
|---|---|
| Opening case dispositive motions and opening *Daubert* motions | June 7, 2012 |
| Joint proposed final pretrial order, including motions *in limine* | Fourteen (14) days prior to the Final Pretrial Conference <br> _Oct. 30, 2012_, at ― |
| Proposed instructions to the jury, voir dire, and special verdict forms and jury interrogatories | Seven (7) days prior to the Final Pretrial Conference <br> _Nov. 6, 2012_, at ― |
| Final Pretrial Conference | _Nov. 13, 2012_, at _4:30 pm_ |
| Trial | This matter is scheduled for a ten (10) day jury trial beginning at 9:30 a.m., on November 26, 2012, with the subsequent trial days beginning at 9:00 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trial will be timed, as each side will be allocated a total number of hours in which to present their respective cases. |

| | |
|---|---|
| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Gregory B. Williams<br>Gregory B. Williams (#4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899<br>(302) 622-4211<br>gwilliams@foxrothschild.com | /s/ Paul E. Crawford<br>Paul E. Crawford (#0493)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>pcrawford@cblh.com |
| Attorneys for Plaintiff<br>ITT Manufacturing Enterprises, Inc. | Attorneys for Defendants<br>LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Communications, Inc. |
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| /s/ John G. Day<br>John G. Day (#2403)<br>500 Delaware Ave., 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com | /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Attorneys for Defendant<br>Cellco Partnership (d/b/a Verizon Wireless) | Attorneys for Defendant<br>QUALCOMM, Inc. |

IT IS SO ORDERED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE