IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), *et al.*,<br><br>*Defendants.* | Civil Action No. 09-190-LPS<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that, on the 9th day of February 2012, counsel for ITT Manufacturing Enterprises, Inc. served copies of the expert reports of Steven Heppe and William Kerr on the following counsel of record:

*Counsel for Cellco Partnership (d/b/a Verizon Wireless):*

<u>Via E-Mail</u>
John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE 19899

<u>Via E-Mail</u>
Gregory F. Corbett
Edward C. Donovan
KIRKLAND & ELLIS LLP
655 15th St., NW
Washington, D.C. 20005

*Counsel for Qualcomm, Inc.:*

<u>Via E-Mail</u>
Richard L. Horwitz
David E. Moore
D.Fon Muttamara-Walker
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., 6th Floor

<u>Via E-Mail</u>
Keith R. Hummel
Roger G. Brooks
Teena-Ann V. Sankoorikal
Duane L. Loft
CRAVATH SWAINE & MOORE LLP

-1-

P.O. Box 951  
Wilmington, DE 19899-0951

Worldwide Plaza  
825 Eighth Ave.  
New York, NY 10019-7475

*Counsel for Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc. (f/k/a Kyocera Sanyo Telecom Inc.):*

**Via E-Mail**  
Paul E. Crawford  
CONNOLLY BOVE LODGE & HUTZ LLP  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899

**Via E-Mail**  
DeAnna D. Allen  
Jeffrey K. Sherwood  
Matthew B. Weinstein  
DICKSTEIN SHAPIRO LLP  
1825 Eye Street, NW  
Washington, DC 20006

*Attorneys for LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.:*

**Via E-Mail**  
Paul E. Crawford  
CONNOLLY BOVE LODGE & HUTZ LLP  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899

**Via E-Mail**  
Jeffrey K. Sherwood  
DeAnna D. Allen  
Matthew B. Weinstein  
DICKSTEIN SHAPIRO LLP  
1825 Eye Street, NW  
Washington, DC 20006

/s/Gregory B. Williams  
Gregory B. Williams