# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## MOTION OF PLAINTIFF ITT MANUFACTURING ENTERPRISES, INC. TO SUBSTITUTE EXELIS INC. AS PLAINTIFF AND REFORM CAPTION

Plaintiff, ITT Manufacturing Enterprises, Inc., by and through its undersigned counsel, hereby moves this Court for an Order to (1) substitute Exelis Inc. as the Plaintiff for ITT Manufacturing Enterprises, Inc. in this action, and (2) reform the caption of the case to reflect the party substitution. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Original Complaint names ITT Manufacturing Enterprises, Inc. as the owner by assignment of U.S. Patent No. 5,365,450 ("the '450 patent"), which is the patent that is the subject of this action.

2. During October 2011, ITT Corporation, the parent company of ITT Manufacturing Enterprises, Inc., underwent an internal restructuring and reorganization of the parent company and certain of its subsidiaries. As part of the restructuring and reorganization, ITT Corporation created a new corporate entity, Exelis Inc., distributed or transferred

substantially all of the assets relating to ITT Corporation's defense businesses to Exelis Inc., and spun off Exelis Inc. as an independent company.

3. ITT Manufacturing Enterprises, Inc. was converted into a Delaware limited liability company named ITT Manufacturing Enterprises LLC and it assigned, transferred and conveyed to Exelis Inc. (by way of interim transfer and assignment to ITT Corporation, followed by a transfer and assignment to Exelis Inc.) all right, title and interest in and to certain patents and patent applications, including among others the '450 patent, together with all causes of action and rights of recovery for infringements, dilutions or violations prior to October 26, 2011, the date the '450 patent was assigned to Exelis Inc. A copy of the Patent Assignment, attached hereto as Exhibit "A", has been recorded with the United States Patent and Trademark Office.

4. As a result of the assignment of the '450 patent, Exelis Inc. is now the proper Plaintiff for the claims made against defendants in this action.

5. Exelis Inc. will be represented by the same counsel (Fox Rothschild LLP and Davidson Berquist Jackson & Gowdey, LLP) that served as counsel for ITT Manufacturing Enterprises, Inc. in this action and service of process may be made on such counsel for purposes of serving Exelis Inc. going forward in this action.

WHEREFORE, Plaintiff, ITT Manufacturing Enterprises, Inc., respectfully requests the Court to enter an Order substituting Exelis Inc. as the Plaintiff for ITT Manufacturing Enterprises, Inc. in this action, and to reform the caption of the case to reflect the party substitution.

Respectfully submitted,

FOX ROTHSCHILD LLP


/s/ Gregory B. Williams
   Gregory B. Williams (I.D. No. 4195)
   FOX ROTHSCHILD LLP
   Citizens Bank Center
   919 N. Market Street, Suite 1300
   Wilmington, DE 19899
   Tel: 302-622-4211

      and

<u>Of Counsel</u>:

James D. Berquist, Esq.
J. Scott Davidson, Esq.
Donald L. Jackson, Esq.
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd. 7th Flr.
Arlington, VA
Tel: (703) 894-6400
Fax: (703) 894-6430

*Attorneys for Plaintiff*
ITT MANUFACTURING ENTERPRISES, INC.

Date: February 29, 2012