# EXHIBIT A

## PATENT ASSIGNMENT

This PATENT ASSIGNMENT (the "Assignment") is by and among ITT MANUFACTURING ENTERPRISES LLC (formerly known as ITT Manufacturing Enterprises, Inc.), a limited liability company organized under the laws of the State of Delaware having offices at 1105 North Market Street, Suite 1300, Wilmington, Delaware 19801 ("ITTME"), ITT CORPORATION, a corporation organized under the laws of the State of Indiana having offices at 1133 Westchester Avenue, White Plains, NY 10604 ("Parent"), and EXELIS INC., a corporation organized under the laws of the State of Indiana having offices at 1650 Tysons Blvd., Suite 1700, McLean, VA 22102 ("Assignee"), and shall become effective as of October 28, 2011.

WHEREAS the board of directors of Parent has determined that it is advisable and in the best interest of Parent and its shareholders to effect an internal restructuring involving Parent and certain of Parent's subsidiaries, with the goal of separating Parent's Water & Wastewater, Residential & Commercial Water, Flow Control and Analytics businesses, on the one hand and Assignor's Defense & Information Solutions business on the other hand, from Parent's other businesses (the "Restructuring"), in preparation for the distribution of such businesses to the shareholders of Parent (the "Distribution");

WHEREAS Parent has entered into a Distribution Agreement dated as of October 25, 2011 (the "Distribution Agreement"), with Xylem Inc. and Assignee, providing for the Restructuring and such other agreements among them as are necessary and desirable in connection with the Restructuring and the Distribution. Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Distribution Agreement;

WHEREAS, in connection with the Restructuring, ITTME wishes to assign to Assignee its rights in and to the patents and patent applications listed on Schedule A, (by way of an interim transfer and assignment to Parent, followed by a transfer and assignment to Assignee);

WHEREAS, the above transaction shall have been effected in a two-step process, pursuant to the (i) distribution by ITTME to Parent, dated October 26, 2011, whereby ITTME distributed all of its Defense Assets and Defense Liabilities to Parent and (ii) contribution agreement between Parent and Assignee, dated the date hereof (the "Contribution Agreement"), whereby Parent transferred all of its Defense Assets and Defense Liabilities to Assignee; and

WHEREAS, (i) the assignment from Parent to Assignee pursuant to this Assignment, (ii) the other transfers by Parent to Assignee as part of the Restructuring, and (iii) the distribution by Parent of all of the stock of Assignee to Parent's shareholders are intended to qualify as a reorganization within the meaning of Sections 368(a)(1)(D) and 355 of the U.S. Internal Revenue Code of 1986, as amended.

NOW, THEREFORE, in consideration of the promises and of the mutual covenants and agreements herein contained, the parties agree as follows:

1. ITTME hereby assigns, transfers and conveys to Assignee (by way of an interim transfer and assignment to Parent, followed by a transfer and assignment to Assignee), all

right, title and interest in and to the patents and patent applications listed on Schedule A hereto, together with the know-how of the business connected with the use thereof, the registrations and applications for registration thereof and rights of renewal and extension thereof, the right to claim priority or seniority thereof, all common-law rights related thereto and all causes of action and rights of recovery for infringements, dilutions or violations of the foregoing prior to October 26, 2011 (the "Patents").

2. Each party acknowledges that (i) this Assignment is a legal, valid and binding obligation of the assigning party, (ii) it has full power and authority to enter into and perform its obligations under this Assignment in accordance with its terms, (iii) any representations and warranties as may be contained in the Distribution Agreement are the only representations and warranties made with respect to the Patents, and (iv) except as may be set forth in the Distribution Agreement, the Patents are being assigned, transferred and conveyed "as is."

3. The right, title and interest in and to each of the Patents are to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as they would have been held and enjoyed by ITTME and/or Parent had this assignment not been made.

4. This Assignment shall be effective as between the parties as of the date hereof. This Assignment has been executed and delivered for the purpose of recording this Assignment with the United States Patent and Trademark Office or any other applicable office in any applicable foreign jurisdiction. This Assignment has been executed and delivered in connection with the Contribution Agreement and Distribution Agreement, and is expressly subject to the terms and conditions thereof. Assignee shall be responsible for any filings, fees or other expenses that may arise in connection with this Assignment, including any filings, fees and expenses required to record, perfect, validate or effectuate this Assignment in the United States Patent and Trademark Office or any other applicable office in any applicable foreign jurisdiction.

5. ITTME and/or Parent shall, without undue delay, sign, execute and deliver any documents provided by Assignee that may be reasonably required for recording this Assignment in any applicable office in any applicable foreign jurisdiction. Expenses for notarization, legalization or apostil of signatures shall be paid by Assignee. The parties will use their best reasonable efforts to get all recordings completed within twenty-four (24) months after the Distribution Date.

6. This Assignment may be executed in one or more counterparts, each of which shall be deemed an original and all of which shall, taken together, be considered one and the same agreement.

7. This Assignment shall be governed and construed in accordance with the laws of the State of Delaware.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be duly executed and delivered as of the date first written above.

ITT MANUFACTURING ENTERPRISES LLC

By: *Burt M. Fealing* (signature)
Name: Burt M Fealing
Title: President

ITT CORPORATION

By: *(signature)*
Name: *(illegible)*
Title: *Assistant Secretary*

EXELIS INC.

By: *Thomas M Blasey* (signature)
Name: Thomas M. Blasey
Title: Assistant Secretary

State of New York )
County of Westchester )

This instrument was acknowledged before me on this 21st day of December 2011 by Burt Fealing as President of ITT MANUFACTURING ENTERPRISES LLC



_Joanne Scalard_
Notary Public

My commission expires: 8/25/12

JOANNE M. SCALARD
Notary Public, State of New York
No. 02SC6192050
Qualified in Westchester County
Commission Expires Aug. 25, 2012

State of New York )
) ss
County of Westchester )

This instrument was acknowledged before me on this 22nd day of December 2011 by Craig Johnson as Assistant Secretary of ITT CORPORATION

LYNNE BLACK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BL6220654
Qualified in Westchester County
My Commission Expires April 19, 2014



_Lynne Black_
Notary Public

My commission expires: April 19, 2014

IP Assignment - Patents

State of Virginia )
                 ) ss
County of Fairfax )


This instrument was acknowledged before me on this 25th day of December 2011 by Thomas Beery as Asst. Secretary of EXELIS INC.


(Seal, if any)

_____
Notary Public

My commission expires: 1/31/2013
#307359
I was commissioned a notary public as Amy Vehec

# SCHEDULE A

## Patents and Patent Applications

[see attached]

| CaseNumber | Owner | InvTitle | Country | SubCase | AppNumber | PatNumber | ApplicationStatus |
|---|---|---|---|---|---|---|---|
| D-ACD-E015 | ITTME | SYSTEM OF ON BOARD PREDICTION OF TRAJECTORIES FOR AUTONOMOUS NAVIGATION OF GPS SATELLITES | US | | 08/802620 | 5909381 | Granted |
| D-ACD-E016 | ITTME | TECHNIQUE FOR THE USE OF GPS FOR HIGH ORBITING SATELLITES | US | | 08/873077 | 5935196 | Granted |
| D-ACD-E016 | ITTME | TECHNIQUE FOR THE USE OF GPS FOR HIGH ORBITING SATELLITES | US | 01 | 09/3260229 | 6009376 | Granted |
| D-ACD-E018 | ITTME | RADIO REMOTE INTERFACE FOR MODULATING/ DEMODULATING DATA IN A DIGITAL COMMUNICATION SYSTEM | US | 01 | 09/375064 | 6137828 | Granted |
| D-ACD-E018 | ITTME | RADIO REMOTE INTERFACE FOR MODULATING/ DEMODULATING DATA IN A DIGITAL COMMUNICATION SYSTEM | US | | 08/861606 | 5970086 | Granted |
| D-ACD-E019 | ITTME | FREQUENCY HOPPING SYNCHRONIZATION AND TRACKING IN A DIGITAL COMMUNICATION SYSTEM | US | | 08/850231 | 6052406 | Granted |
| D-ACD-E020 | ITTME | NOISY CHANNEL AVOIDANCE METHOD IN A DIGITAL COMMUNICATION SYSTEM BIAS REMOVAL | US | | 08/869583 | 5881096 | Granted |
| D-ACD-E021 | ITTME | FIXED FREQUENCY SYNCHRONIZATION AND TRACKING | US | | 08/861604 | 6018543 | Granted |
| D-ACD-E022 | ITTME | FIXED FREQUENCY SYNCHRONIZATION AND TRACKING | US | 01 | 09/349077 | 6052423 | Granted |
| D-ACD-E022 | ITTME | FIXED FREQUENCY SYNCHRONIZATION AND TRACKING | US | | 08/837353 | 6002728 | Granted |
| D-ACD-E022 | ITTME | FIXED FREQUENCY SYNCHRONIZATION AND TRACKING | US | 02 | 09/510496 | 6389088 | Granted |
| D-ACD-E023 | ITTME | RADIO ARCHITECTURE | US | | 08/857990 | 6,078,612 | Granted |
| D-ACD-E024 | ITTME | COMMUNICATION INTERFACE SYSTEM FOR HALF DUPLEX DIGITAL RADIOS | US | | 08/963169 | 6111860 | Granted |
| D-ACD-E025 | ITTME | IMPROVED USER DATA PROTOCOL FOR INTERNET DATA COMMUNICATIONS | US | | 08/950158 | 6233248 | Granted |
| D-ACD-E025 | ITTME | IMPROVED USER DATA PROTOCOL FOR INTERNET DATA COMMUNICATIONS | US | 01 | 09/810452 | 7031309 | Granted |
| D-ACD-E026 | ITTME | LARGE SCALE NETWORK SIMULATION METHOD AND APPARATUS | US | | 09/104551 | 6134514 | Granted |
| D-ACD-E027 | ITTME | PROGRAMMABLE WAVEFORM GENERATOR FOR A GLOBAL POSITIONING SYSTEM (GPS) | US | | 09/205510 | 6335951 | Granted |
| D-ACD-E028 | ITTME | HOP OVERLAY SIGNAL STRUCTURE FOR INCLUDING ADDITIONAL SIGNALING CHANNELS IN CODE DIVISION | US | | 09/266360 | 6741633 | Granted |

| ID | Applicant | Title | Country | Application No. | Patent No. | Status |
|---|---|---|---|---|---|---|
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] METHOD AND APPARATUS TO FACILITATE SECURE NETWORK COMMUNICATIONS WITH A VOICE RESPONSIVE NETWORK INTERFACE DEVICE | DE | 01129187.9 | 1244266 | Granted |
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] METHOD AND APPARATUS TO FACILITATE SECURE NETWORK COMMUNICATIONS WITH A VOICE RESPONSIVE NETWORK INTERFACE DEVICE | EP | 01129187.9 | 1244266 | Granted |
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] METHOD AND APPARATUS TO FACILITATE SECURE NETWORK COMMUNICATIONS WITH A VOICE RESPONSIVE NETWORK INTERFACE DEVICE | ES | 01129187.9 | 1244266 | Granted |
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] METHOD AND APPARATUS TO FACILITATE SECURE NETWORK COMMUNICATIONS WITH A VOICE RESPONSIVE NETWORK INTERFACE DEVICE | GB | 01129187.9 | 1244266 | Granted |
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] METHOD AND APPARATUS TO FACILITATE SECURE NETWORK COMMUNICATIONS WITH A VOICE RESPONSIVE NETWORK INTERFACE DEVICE | IT | 01129187.9 | 1244266 | Granted |
| D-ACD-W021 | ITTME | [PROXY SECURITY AGENT] DEMODULATION METHOD AND APPARATUS INCORPORATING CHARGE COUPLED DEVICES | US | 09/731836 | 7185197 | Granted |
| D-AES-0003 | ITTME | INCORPORATING CHARGE COUPLED DEVICES | US | 6708810 | 5126682 | Expired |
| D-AES-0004 | ITTME | INTERFERENCE DETECTION AND CHARACTERIZATION METHOD AND APPARATUS | US | 593433 | 5146642 | Expired |
| D-AES-0005 | ITTME | DIGITAL AUDIO BROADCASTING SYSTEM | US | 598396 | 5283780 | Expired |
| D-AES-0005 | ITTME | DIGITAL AUDIO BROADCASTING SYSTEM | CA | 2094284 | 2094284 | Granted |
| D-AES-0006 | ITTME | HYBRID GPS/DATA LINE UNIT FOR RAPID, PRECISE, AND ROBUST POSITION DETERMINATION | US | 07/992892 | 5365450 | Granted |
| D-AES-0007 | ITTME | NO-OUTAGE GPS/COMMERCIAL RF POSITIONING SYSTEM | US | 08/115087 | 5422813 | Granted |