# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1., counsel for Plaintiff ITT Manufacturing Enterprises, Inc. hereby certifies that counsel has reasonably attempted to reach a stipulation with Defendants on the substitution of Exelis Inc. as Plaintiff and the reformation of the caption. Defendants would not enter a stipulation, but suggested that Plaintiff request the relief via motion and indicated they would not oppose a Motion of Plaintiff ITT Manufacturing Enterprises, Inc. to Substitute Exelis Inc. as Plaintiff and to Reform Caption, if certain representations and agreements were made.

/s/ Gregory B. Williams
Gregory B. Williams (DE Bar No. 4195)

Date: February 29, 2012