IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this        day of                              , 2012, upon consideration of the Motion of Plaintiff ITT Manufacturing Enterprises, Inc. to Substitute Exelis Inc. as Plaintiff and Reform Caption, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Exelis Inc. is substituted as the Plaintiff in this action for ITT Manufacturing Enterprises, Inc. and the Clerk of Court is directed to change the caption on the docket to reflect the substitution. The new caption shall read Exelis Inc. v. Cellco Partnership, *et al.*

---------------------------------------
United States District Court Judge