## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ITT MANUFACTURING ENTERPRISES,
INC.,

       *Plaintiff,*

    v.

CELLCO PARTNERSHIP (d/b/a Verizon
Wireless), *et al.,*

       *Defendants.*

Civil Action No. 09-190-LPS

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

The undersigned hereby certifies that, on the 22nd day of March 2012, counsel for ITT

Manufacturing Enterprises, Inc. served copies of the Expert Report of Steven B. Heppe, D.Sc.,

Regarding Validity of U.S. Patent No. 5,365,450 on the following counsel of record:

*Counsel for Cellco Partnership (d/b/a Verizon Wireless):*

| **Via E-Mail** | **Via E-Mail** |
|---|---|
| John G. Day | Gregory F. Corbett |
| Tiffany Geyer Lydon | Edward C. Donovan |
| Caroline Hong | KIRKLAND & ELLIS LLP |
| ASHBY & GEDDES | 655 15th St., NW |
| 500 Delaware Ave., 8th Floor | Washington, D.C. 20005 |
| Wilmington, DE 19899 | |

*Counsel for Qualcomm, Inc.:*

| **Via E-Mail** | **Via E-Mail** |
|---|---|
| Richard L. Horwitz | Keith R. Hummel |
| David E. Moore | Roger G. Brooks |
| D.Fon Muttamara-Walker | Teena-Ann V. Sankoorikal |
| POTTER ANDERSON & CORROON, LLP | Duane L. Loft |
| 1313 N. Market St., 6th Floor | CRAVATH SWAINE & MOORE LLP |

P.O. Box 951
Wilmington, DE 19899-0951

Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

*Counsel for Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc. (f/k/a Kyocera Sanyo Telecom Inc.):*

**Via E-Mail**
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Via E-Mail**
DeAnna D. Allen
Jeffrey K. Sherwood
Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

*Attorneys for LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.:*

**Via E-Mail**
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Via E-Mail**
Jeffrey K. Sherwood
DeAnna D. Allen
Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

/s/Gregory B. Williams
Gregory B. Williams

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2012, I caused the foregoing to be served upon the following counsel of record:

*Counsel for Cellco Partnership (d/b/a Verizon Wireless):*

**Via E-Mail**
John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE 19899

**Via E-Mail**
Gregory F. Corbett
Edward C. Donovan
KIRKLAND & ELLIS LLP
655 15th St., NW
Washington, D.C. 20005

*Counsel for Qualcomm, Inc.:*

**Via E-Mail**
Richard L. Horwitz
David E. Moore
D.Fon Muttamara-Walker
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**Via E-Mail**
Keith R. Hummel
Roger G. Brooks
Teena-Ann V. Sankoorikal
Duane L. Loft
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

*Counsel for Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc. (f/k/a Kyocera Sanyo Telecom Inc.):*

**Via E-Mail**
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Via E-Mail**
DeAnna D. Allen
Jeffrey K. Sherwood
Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

*Attorneys for LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.:*

<table>
<tr>
<td>

**Via E-Mail**
Paul E. Crawford
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

</td>
<td>

**Via E-Mail**
Jeffrey K. Sherwood
DeAnna D. Allen
Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006


/s/ Gregory B. Williams
Gregory B. Williams

</td>
</tr>
</table>