**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CELLCO PARTNERSHIP (d/b/a Verizon ) <br> Wireless), LG ELECTRONICS, INC., LG ) <br> ELECTRONICS USA, INC., and LG ) <br> ELECTRONICS MOBILECOMM U.S.A., INC., ) <br> KYOCERA CORPORATION, KYOCERA ) <br> INTERNATIONAL, INC., KYOCERA ) <br> WIRELESS CORP., and KYOCERA ) <br> COMMUNICATIONS, INC., and QUALCOMM ) <br> INC., ) <br> ) <br> Defendants. ) | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents were caused to be served on March 22, 2012 upon the following attorneys of record as indicated below:

    EXPERT REPORT OF DR. GREGORY K. LEONARD

    REBUTTAL EXPERT REPORT OF ANTHONY RICHARD PRATT, Ph.D
    REGARDING NON-INFRINGEMENT OF U.S. PATENT NO. 5,365,450 C1

**VIA ELECTRONIC MAIL**

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington , DE  19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON &
      GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA  22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Gregory F. Corbett
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC  20005
edward.donovan@kirkland.com
gregory.corbett@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Paul E. Crawford
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington , DE 19899
pcrawford@cblh.com
*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., LG Mobilecomm*
*U.S.A., Inc., Kyocera Corporation, Kyocera*
*International, Inc., Kyocera Wireless Corp.,*
*and Kyocera Sanyo Telecom, Inc.*

Jeffery K. Sherwood
Frank C. Cimino, Jr.
DeAnna D. Allen
Robert L. Kinder
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
ITT-Kyocera-LG@dicksteinshapiro.com
*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., LG Mobilecomm*
*U.S.A., Inc., Kyocera Corporation, Kyocera*
*International, Inc., Kyocera Wireless Corp.,*
*and Kyocera Sanyo Telecom, Inc.*

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Keith R. Hummel | David E. Moore (#3983) |
| Roger G. Brooks | Hercules Plaza, 6th Floor |
| Teena-Ann V. Sankoorikal | 1313 N. Market Street |
| CRAVATH SWAINE & MOORE LLP | Wilmington, DE  19801 |
| Worldwide Plaza | Tel:  (302) 984-6000 |
| 825 Eighth Ave. | rhorwitz@potteranderson.com |
| New York, NY  10019-7475 | dmoore@potteranderson.com |
| Tel:  (212) 474-1000 |  |
|  | *Attorneys for Defendant* |
| Dated:  March 23, 2012 | *Qualcomm Incorporated* |
| 1052405 / 34172 |  |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 23, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 23, 2012, the attached document was Electronically Mailed to the following person(s):

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON &
    GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA 22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Gregory F. Corbett
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
edward.donovan@kirkland.com
gregory.corbett@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

| | |
|---|---|
| Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* | Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* |
| Larry R. Schmadeka<br>LEE, HONG, DEGERMAN, KANG & WAIMEY, P.C.<br>660 South Figueroa Street. Suite 2300<br>Los Angeles, CA 90017<br>lschmadeka@lhlaw.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc.* | Kevin Michael Coen<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>kcoen@mnat.com<br>*Attorneys for Non-Party AT&T Mobility LLC* |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

910256 / 34172

2