# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLCO PARTNERSHIP (d/b/a Verizon )<br>Wireless), LG ELECTRONICS, INC., LG )<br>ELECTRONICS USA, INC., and LG )<br>ELECTRONICS MOBILECOMM U.S.A., INC., )<br>KYOCERA CORPORATION, KYOCERA )<br>INTERNATIONAL, INC., KYOCERA )<br>WIRELESS CORP., and KYOCERA )<br>COMMUNICATIONS, INC., and QUALCOMM )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on April 12, 2012, upon the following attorneys of record as indicated below:

**REPLY EXPERT REPORT OF ANTHONY RICHARD PRATT, PH.D. REGARDING INVALIDITY OF U.S. PATENT NO. 5,365,450 C1**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Gregory Brian Williams<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>gwilliams@foxrothschild.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* | James D. Berquist<br>J. Scott Davidson<br>Donald L. Jackson<br>DAVIDSON BERQUIST JACKSON &<br>   GOWDEY LLP<br>4300 Wilson Boulevard, Suite 700<br>Arlington, VA 22203<br>jberquist@dbjg.com<br>sdavidson@dbjg.com<br>djackson@dbjg.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* |

| | |
|---|---|
| John G. Day | Edward C. Donovan |
| Tiffany Geyer Lydon | Gregory F. Corbett |
| Caroline Hong | Christopher R. Nalevanko |
| ASHBY & GEDDES | KIRKLAND & ELLIS LLP |
| 500 Delaware Avenue, 8th Floor | 655 15th Street, NW |
| Wilmington, DE 19899 | Washington, DC  20005 |
| jday@ashby-geddes.com | edward.donovan@kirkland.com |
| tlydon@ashby-geddes.com | gregory.corbett@kirkland.com |
| chong@ashby-geddes.com | christopher.nalevanko@kirkland.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Cellco Partnership (d/b/a Verizon Wireless)* | *Cellco Partnership (d/b/a Verizon Wireless)* |

| | |
|---|---|
| Paul E. Crawford | Jeffery K. Sherwood |
| CONNOLLY, BOVE, LODGE & HUTZ | Frank C. Cimino, Jr. |
| 1007 North Orange Street | DeAnna D. Allen |
| P.O. Box 2207 | Robert L. Kinder |
| Wilmington , DE 19899 | DICKSTEIN SHAPIRO LLP |
| pcrawford@cblh.com | 1825 Eye Street NW |
| *Attorneys for Defendants LG Electronics, Inc.,* | Washington, DC 20006-5403 |
| *LG Electronics USA, Inc., LG Mobilecomm* | ITT-Kyocera-LG@dicksteinshapiro.com |
| *U.S.A., Inc., Kyocera Corporation, Kyocera* | *Attorneys for Defendants LG Electronics, Inc.,* |
| *International, Inc., Kyocera Wireless Corp.,* | *LG Electronics USA, Inc., LG Mobilecomm* |
| *and Kyocera Sanyo Telecom, Inc.* | *U.S.A., Inc., Kyocera Corporation, Kyocera* |
| | *International, Inc., Kyocera Wireless Corp.,* |
| | *and Kyocera Sanyo Telecom, Inc.* |

                                                  POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ Richard L. Horwitz* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Keith R. Hummel | David E. Moore (#3983) |
| Roger G. Brooks | Hercules Plaza, 6th Floor |
| Teena-Ann V. Sankoorikal | 1313 N. Market Street |
| CRAVATH SWAINE & MOORE LLP | Wilmington, DE  19801 |
| Worldwide Plaza | Tel:  (302) 984-6000 |
| 825 Eighth Ave. | rhorwitz@potteranderson.com |
| New York, NY  10019-7475 | dmoore@potteranderson.com |
| Tel:  (212) 474-1000 |  |
|  | *Attorneys for Defendant* |
| Dated:  April 13, 2012 | *Qualcomm Incorporated* |
| 1055415 / 34172 |  |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 13, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 13, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Gregory Brian Williams<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>gwilliams@foxrothschild.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* | James D. Berquist<br>J. Scott Davidson<br>Donald L. Jackson<br>DAVIDSON BERQUIST JACKSON &<br>   GOWDEY LLP<br>4300 Wilson Boulevard, Suite 700<br>Arlington, VA 22203<br>jberquist@dbjg.com<br>sdavidson@dbjg.com<br>djackson@dbjg.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* |
| John G. Day<br>Tiffany Geyer Lydon<br>Caroline Hong<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Edward C. Donovan<br>Gregory F. Corbett<br>Christopher R. Nalevanko<br>KIRKLAND & ELLIS LLP<br>655 15th Street, NW<br>Washington, DC 20005<br>edward.donovan@kirkland.com<br>gregory.corbett@kirkland.com<br>christopher.nalevanko@kirkland.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* |

2

| | |
|---|---|
| Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington , DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* | Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* |

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910256 / 34172