## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>Defendants. | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION IN SUPPORT OF MOTION
## TO SUBSTITUTE EXELIS INC. AS PLAINTIFF

In support of its Motion to substitute Exelis Inc. as the Plaintiff, ITT Manufacturing Enterprises, Inc., by and through the undersigned counsel, stipulates as follows:

1. Subsequent to the October 2011 reorganization of ITT Corporation, ITT Manufacturing Enterprises, Inc., ITT Manufacturing Enterprises, LLC and ITT Corporation have no rights, title or interest in or to (a) United States Patent No. 5,365,450 ("the '450 patent") or (b) the litigation relating to the '450 patent (including any right to past damages associated with infringement by the defendants in this action).

2. Exelis Inc. alone owns the '450 patent, subject to existing licensees, and Exelis owns the right to pursue litigation relating to the '450 patent and to collect damages for infringements thereof, including the right to collect for past damages.

3. Exelis Inc. is represented by the same counsel that served as counsel for ITT Manufacturing Enterprises, Inc. in this action and service of process may be made on such counsel for purposes of serving Exelis, Inc. going forward.

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
Tel: 302-622-4211

and

Of Counsel:

James D. Berquist, Esq.
J. Scott Davidson, Esq.
Donald L. Jackson, Esq.
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd. 7th Flr.
Arlington, VA
Tel: (703) 894-6400
Fax: (703) 894-6430

*Attorneys for Plaintiff*
ITT MANUFACTURING ENTERPRISES, INC.

Date: April 26, 2012