IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), ) <br> LG ELECTRONICS, INC., LG ELECTRONICS ) <br> USA, INC., and LG MOBILECOMM U.S.A., INC., ) <br> KYOCERA CORPORATION, KYOCERA ) <br> INTERNATIONAL, INC., KYOCERA WIRELESS ) <br> CORP., and KYOCERA COMMUNICATIONS, ) <br> INC., and QUALCOMM INC., ) <br> ) <br> *Defendants*. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Katie J.L. Scott of Dickstein Shapiro LLP, as co-counsel to represent Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc. in this matter.

Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney will be submitted to the Clerk of the Court upon the filing of this motion.

4744984

Dated: April 27, 2012        By:    /s/ Paul E. Crawford

Paul E. Crawford (No. 0493)
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
pcrawford@cblh.com

*Attorney for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc.*

## ORDER GRANTING MOTION

SO ORDERED this ____ day of _____, 2012 that counsel's motion for admission pro hac vice of Katie J.L. Scott is GRANTED.

_____
United States District Judge

Date: _____, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/2005, I further certify that the annual fee of $25.00.

☐ has been paid to the Clerk of Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 26, 2012        Signed: /s/ Katie J.L. Scott

Katie J.L. Scott
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304-1016
Tel: (650) 690-9561
ScottK@dicksteinshapiro.com

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on April 27, 2012, a copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)