**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP (d/b/a Verizon | ) | C.A. No. 09-190-LPS |
| Wireless), LG ELECTRONICS, INC., LG | ) | |
| ELECTRONICS USA, INC., and LG | ) | **JURY TRIAL DEMANDED** |
| MOBILECOMM U.S.A., INC., KYOCERA | ) | |
| CORPORATION, KYOCERA | ) | |
| INTERNATIONAL, INC., KYOCERA | ) | |
| WIRELESS CORP., and KYOCERA | ) | |
| COMMUNICATIONS, INC., and QUALCOMM | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Defendants' Motion for Leave to File Defendants' Motion for Partial

Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 and the supporting declaration;

IT IS HEREBY ORDERED this _____ day of _____, 2012, that the Motion is

GRANTED.

_____
U.S.D.J.