IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR PLAINTIFF'S VIOLATION OF 35 U.S.C. § 305

Defendants Cellco Partnership, LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., Kyocera Communications, Inc., and Qualcomm Inc., respectfully move for partial summary judgment for plaintiff's violation of 35 U.S.C. § 305. The grounds for this Motion are fully set forth in the accompanying Defendants' Brief in Support of Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 and the Declaration of Jefferson E. Bell.

<div style="float:right">

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

</div>

OF COUNSEL:

Keith R. Hummel
Roger G. Brooks
Teena-Ann V. Sankoorikal
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY  10019-7475
Tel:  (212) 474-1000

Dated:  May 4, 2012
1058009 / 34172

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Qualcomm Incorporated*

*Filed On Behalf Of All Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLCO PARTNERSHIP (d/b/a Verizon )<br>Wireless), LG ELECTRONICS, INC., LG )<br>ELECTRONICS USA, INC., and LG )<br>MOBILECOMM U.S.A., INC., KYOCERA )<br>CORPORATION, KYOCERA )<br>INTERNATIONAL, INC., KYOCERA )<br>WIRELESS CORP., and KYOCERA )<br>COMMUNICATIONS, INC., and QUALCOMM )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Having considered Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 and the supporting brief and declaration;

IT IS HEREBY ORDERED this ____ day of _____, 2012, that the Motion is GRANTED.

_____
U.S.D.J.