# EXHIBIT 1

**ITT v Cellco: Early 305 and Opposition to Motion to Substitute**

Jefferson Bell    to: Don Jackson                                                                04/30/2012 08:07 PM
Cc:    AllenD, gcorbett, Teena-Ann Sankoorikal, Marc Khadpe
Bcc:   Felicia Einhorn, Dana Roizen

| | |
|---|---|
| From: | Jefferson Bell/NYC/Cravath |
| To: | Don Jackson <djackson@davidsonberquist.com> |
| Cc: | AllenD@dicksteinshapiro.com, gcorbett@kirkland.com, Teena-Ann Sankoorikal/NYC/Cravath@cravath, Marc Khadpe/NYC/Cravath |
| Bcc: | Felicia Einhorn/NYC/Cravath@cravath, Dana Roizen/NYC/Cravath@Cravath |

Don,

We discussed it, and defendants are amenable to the exchange that you proposed at Dr. Pratt's deposition on Friday.  We are willing to withdraw our opposition to the motion to substitute in Exelis (contingent on the accuracy of the stipulation that you put in last week) if you agree that we can file our 305 summary judgment motion early.  If that still works for you, we can circulate a stip.  Given the calendar, please let us know as soon as possible, but in any event by Wednesday.

Thanks,
Jeff


Jefferson E. Bell
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1128
Fax: (212) 474-3700
jbell@cravath.com