# EXHIBIT 2



**Re: ITT v Cellco: Early 305 and Opposition to Motion to Substitute**

Don Jackson <djackson@davidsonberquist.com>   to: Jefferson Bell   04/30/2012 08:21 PM

Cc: "AllenD@dicksteinshapiro.com", "gcorbett@kirkland.com", Teena-Ann Sankoorikal , Marc Khadpe, Jay Berquist , Scott Davidson , Gregory Williams

From: Don Jackson <djackson@davidsonberquist.com>
To: Jefferson Bell <JBell@cravath.com>
Cc: "AllenD@dicksteinshapiro.com" <AllenD@dicksteinshapiro.com>, "gcorbett@kirkland.com" <gcorbett@kirkland.com>, Teena-Ann Sankoorikal <TSankoorikal@cravath.com>, Marc Khadpe <MKhadpe@cravath.com>, Jay Berquist <jberquist@davidsonberquist.com>, Scott Davidson <sdavidson@davidsonberquist.com>, Gregory Williams <GWilliams@foxrothschild.com>

History: This message has been replied to and forwarded.

```
Jeff,

Before I take it to the client, what do you mean "contingent on the accuracy
of the stipulation"?  In addition, would the defendants agree that ITT/Exelis
could file a cross-motion on the same issue at the same time?

Don


On Apr 30, 2012, at 8:09 PM, "Jefferson Bell" <JBell@cravath.com<
mailto:JBell@cravath.com>> wrote:

Don,

We discussed it, and defendants are amenable to the exchange that you proposed
at Dr. Pratt's deposition on Friday.  We are willing to withdraw our
opposition to the motion to substitute in Exelis (contingent on the accuracy
of the stipulation that you put in last week) if you agree that we can file
our 305 summary judgment motion early.  If that still works for you, we can
circulate a stip.  Given the calendar, please let us know as soon as possible,
but in any event by Wednesday.

Thanks,
Jeff


Jefferson E. Bell
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1128
Fax: (212) 474-3700
jbell@cravath.com<mailto:jbell@cravath.com>

This e-mail is confidential and may be privileged. Use or disclosure of it by
anyone other than a designated addressee is unauthorized. If you are not an
intended recipient, please delete this e-mail from the computer on which you
received it.
```