# EXHIBIT 3

**Re: ITT v Cellco: Early 305 and Opposition to Motion to Substitute**

Jefferson Bell    to: Don Jackson                                                                04/30/2012 09:51 PM

Cc: "DeAnna Allen", "Gregory F. Corbett", Teena-Ann Sankoorikal, Marc Khadpe, "Jay Berquist", "Scott Davidson", "Gregory Williams"

| | |
|---|---|
| From: | Jefferson Bell/NYC/Cravath |
| To: | "Don Jackson" <djackson@davidsonberquist.com> |
| Cc: | "DeAnna Allen" <AllenD@dicksteinshapiro.com>, "Gregory F. Corbett" <gcorbett@kirkland.com>, Teena-Ann Sankoorikal/NYC/Cravath@Cravath, Marc Khadpe/NYC/Cravath@Cravath, "Jay Berquist" <jberquist@davidsonberquist.com>, "Scott Davidson" <sdavidson@davidsonberquist.com>, "Gregory Williams" <GWilliams@foxrothschild.com> |

Don,

With respect to your first question, in our withdrawal, we would reserve our rights to act in the future if it's later discovered that your stipulation is inaccurate. In the absence of full discovery into the Exelis issue and of an evidentiary hearing, this would help protect us while enabling you to move forward.

With respect to your second question, we need to understand what exactly you're thinking. To file summary judgment that ITT did not violate 305 or on some other issue? When would you intend to file? We intend to move forward very soon on our own motion. Finally, if we do an exchange on early motions, it's unclear why we would need to include our withdrawal on the motion to substitute.

Jeff


Jefferson E. Bell
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1128
Fax: (212) 474-3700
jbell@cravath.com



----- Original Message -----
From: Don Jackson [djackson@davidsonberquist.com]
Sent: 05/01/2012 12:22 AM GMT
To: Jefferson Bell
Cc: "AllenD@dicksteinshapiro.com" <AllenD@dicksteinshapiro.com>; "gcorbett@kirkland.com" <gcorbett@kirkland.com>; Teena-Ann Sankoorikal; Marc Khadpe; Jay Berquist <jberquist@davidsonberquist.com>; Scott Davidson <sdavidson@davidsonberquist.com>; Gregory Williams <GWilliams@foxrothschild.com>
Subject: Re: ITT v Cellco:  Early 305 and Opposition to Motion to Substitute


Jeff,

Before I take it to the client, what do you mean "contingent on the accuracy of the stipulation"?  In addition, would the defendants agree that ITT/Exelis could file a cross-motion on the same issue at the same time?

Don


On Apr 30, 2012, at 8:09 PM, "Jefferson Bell" <JBell@cravath.com< mailto:JBell@cravath.com>> wrote:

Don,

We discussed it, and defendants are amenable to the exchange that you proposed at Dr. Pratt's deposition on Friday.  We are willing to withdraw our opposition to the motion to substitute in Exelis (contingent on the accuracy of the stipulation that you put in last week) if you agree that we can file our 305 summary judgment motion early.  If that still works for you, we can circulate a stip.  Given the calendar, please let us know as soon as possible, but in any event by Wednesday.

Thanks,
Jeff


Jefferson E. Bell
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1128
Fax: (212) 474-3700
jbell@cravath.com<mailto:jbell@cravath.com>

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.