**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>CELLCO PARTNERSHIP (d/b/a Verizon )<br>Wireless), LG ELECTRONICS, INC., LG )<br>ELECTRONICS USA, INC., and LG )<br>MOBILECOMM U.S.A., INC., KYOCERA )<br>CORPORATION, KYOCERA )<br>INTERNATIONAL, INC., KYOCERA )<br>WIRELESS CORP., and KYOCERA )<br>COMMUNICATIONS, INC., and QUALCOMM )<br>INC., )<br>  )<br>Defendants. ) | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR LEAVE TO FILE
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR
PLAINTIFF'S VIOLATION OF 35 U.S.C. § 305**

The Court's December 27, 2010, Scheduling Order (D.I. 417) as amended on January 17, 2012 (D.I. 459), permits Defendants to file opening case dispositive motions without leave of the Court beginning ten days prior to June 7, 2012, *i.e.*, May 28, 2012. Defendants accordingly (i) withdraw as moot Defendants' Motion for Leave to File Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 (D.I. 473) because leave of the Court is no longer required to file for summary judgment; and (ii) give notice that

2

Defendants have filed today, May 29, 2012, Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Roger G. Brooks | David E. Moore (#3983) |
| Teena-Ann V. Sankoorikal | Hercules Plaza, 6th Floor |
| CRAVATH SWAINE & MOORE LLP | 1313 N. Market Street |
| Worldwide Plaza | Wilmington, DE  19801 |
| 825 Eighth Ave. | Tel:  (302) 984-6000 |
| New York, NY  10019-7475 | rhorwitz@potteranderson.com |
| Tel:  (212) 474-1000 | dmoore@potteranderson.com |
|  |  |
| Dated:  May 29, 2012 | *Attorneys for Defendant* |
| 1061196 / 34172 | *Qualcomm Incorporated* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 29, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 29, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Gregory Brian Williams<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>gwilliams@foxrothschild.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* | James D. Berquist<br>J. Scott Davidson<br>Donald L. Jackson<br>DAVIDSON BERQUIST JACKSON &<br>    GOWDEY LLP<br>4300 Wilson Boulevard, Suite 700<br>Arlington, VA 22203<br>jberquist@dbjg.com<br>sdavidson@dbjg.com<br>djackson@dbjg.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* |
| John G. Day<br>Tiffany Geyer Lydon<br>Caroline Hong<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Edward C. Donovan<br>Gregory F. Corbett<br>Christopher R. Nalevanko<br>KIRKLAND & ELLIS LLP<br>655 15th Street, NW<br>Washington, DC 20005<br>edward.donovan@kirkland.com<br>gregory.corbett@kirkland.com<br>christopher.nalevanko@kirkland.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* |

| | |
|---|---|
| Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington , DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* | Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* |
| Katie J.L. Scott<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA  94304-1016<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Sanyo Telecom, Inc.* | Larry R. Schmadeka<br>LEE, HONG, DEGERMAN, KANG & WAIMEY, P.C.<br>660 South Figueroa Street. Suite 2300<br>Los Angeles, CA  90017<br>lschmadeka@lhlaw.com<br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc.* |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910256 / 34172