## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ITT MANUFACTURING ENTERPRISES, INC.,

Plaintiff,

v.

CELLCO PARTNERSHIP (d/b/a Verizon
Wireless), LG ELECTRONICS, INC., LG
ELECTRONICS USA, INC., and LG
ELECTRONICS MOBILECOMM U.S.A., INC.,
KYOCERA CORPORATION, KYOCERA
INTERNATIONAL, INC., KYOCERA
WIRELESS CORP., and KYOCERA
COMMUNICATIONS, INC., and QUALCOMM
INC.,

Defendants.

Civil Action No. 09-190-LPS

**JURY TRIAL DEMANDED**

## ORDER

AND NOW, this          day of                              , 2012, upon

consideration of Defendants' Motion for Partial Summary Judgment Under 35 U.S.C. § 305, and

Plaintiff's Response thereto, it is hereby ORDERED that the Motion is DENIED.

_____
United States District Court Judge