IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>Defendants. | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

**EXHIBIT A TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION
TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE
TESTIMONY OF DR. WILLIAM O. KERR**

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
Tel: 302-622-4211

and

Of Counsel:

James D. Berquist, Esq.
J. Scott Davidson, Esq.
Donald L. Jackson, Esq.
Davidson Berquist Jackson & Gowdey, LLP

              4300 Wilson Blvd. 7th Flr.
              Arlington, VA
              Tel: (703) 894-6400
              Fax: (703) 894-6430

              Attorneys for Plaintiff
              ITT MANUFACTURING ENTERPRISES, INC.

Date: June 25, 2012
Public Version Date: June 29, 2012

# EXHIBIT A

# REDACTED IN ENTIRETY