IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** <br><br> PUBLIC VERSION |

### DECLARATION OF DANA ROIZEN

OF COUNSEL:

Roger G. Brooks
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Tel: (212) 474-1000

Dated: June 25, 2012

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Qualcomm Inc. and filing on behalf of all Defendants*

I, Dana Roizen, declare as follows:

1. I am an associate at Cravath, Swaine & Moore LLP. I am admitted to the bar in the State of New York.

2. I submit this declaration in support of (1) Defendants' Opposition to Plaintiff's *Daubert* Motion to Preclude the Testimony of Defendants' Proposed Commercial Success Expert, Dr. Gregory Leonard; (2) Defendants' Opposition to Plaintiff's Motion for Summary Judgment for No Violation of 35 U.S.C. § 305 During Reexamination and Defendants' Reply in Further Support of Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305; and (3) Defendants' Opposition to Plaintiff ITT Manufacturing Enterprises, Inc.'s Motion for Summary Judgment of No 35 U.S.C. § 112 Invalidity.

3. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

4. Attached as Exhibit 1 is a true and correct copy of a fax from Ronald Bruno to Jim Zegeer, dated December 16, 1992, produced by Plaintiff ITT during discovery in this litigation and bearing Bates numbers ITT0017888-95.

5. Attached as Exhibit 2 is a true and correct copy of Verizon Wireless Device Requirements, Location Based Services, Verizon 4.0, Issued: July 2005, produced by the LG Defendants during discovery in this litigation and bearing Bates numbers LG 00003485-574.

6. Attached as Exhibit 3 is a true and correct copy of the deposition transcript of Charles Moses in *ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.*, Civil Action No. 09-190-LPS (D. Del. Mar. 25, 2010).

7. Attached as Exhibit 4 is a true and correct copy of the deposition transcript of Roy Mira in *ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.*, Civil Action No. 09-190-LPS (D. Del. Aug. 18, 2010).

8. Attached as Exhibit 5 is a true and correct copy of the January 23, 2006 Pretrial Conference transcript in *ITT Manufacturing Enterprises, Inc. v. Samsung Electronics America, Inc., et al.*, Civil Action No. 03-1086-GMS (D. Del. Jan. 23, 2006), D.I. 251.

9. Attached as Exhibit 6 is a true and correct copy of ITT Manufacturing Enterprises, Inc.'s Opening Claim Construction Brief filed in *ITT Manufacturing Enterprises Inc. v. Cellco Partnership, et al.*, Civil Action No. 09-190-LPS (D. Del. July 16, 2010), D.I. 293.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in New York, New York on June 25, 2012.

_____
Dana Roizen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 2, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 2, 2012, the attached document was Electronically Mailed to the following person(s):

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON &
    GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA 22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
edward.donovan@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

| | |
|---|---|
| Gregory F. Corbett<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>gcorbett@wolfgreenfield.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* |
| Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* | Katie J.L. Scott<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304-1016<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants*<br>*LG Electronics, Inc., LG Electronics USA,*<br>*Inc., LG Mobilecomm U.S.A., Inc., Kyocera*<br>*Corporation, Kyocera International, Inc.,*<br>*Kyocera Wireless Corp., and Kyocera Sanyo*<br>*Telecom, Inc.* |
| Larry R. Schmadeka<br>LEE, HONG, DEGERMAN, KANG<br>& WAIMEY, P.C.<br>660 South Figueroa Street. Suite 2300<br>Los Angeles, CA 90017<br>lschmadeka@lhlaw.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., and LG Mobilecomm*<br>*U.S.A., Inc.* | |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910256 / 34172