**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., | ) C.A. No. 09-190-LPS ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1.4, Defendants Cellco Partnership, LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., Kyocera Communications, Inc., and Qualcomm Inc., respectfully request oral argument on the following motions: (1) Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 (D.I. 478); (2) Defendants' Motion for Partial Summary Judgment of Invalidity (D.I. 486); (3) Defendants' Motion for Partial Summary Judgment of Non-Infringement (D.I. 488); and (4) Defendants' *Daubert* Motion to Exclude the Testimony of Plaintiff's Expert, Dr. William O. Kerr (D.I. 484).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore* |
| | Richard L. Horwitz (#2246) |
| Roger G. Brooks | David E. Moore (#3983) |
| Teena-Ann V. Sankoorikal | Hercules Plaza, 6th Floor |
| CRAVATH SWAINE & MOORE LLP | 1313 N. Market Street |
| Worldwide Plaza | Wilmington, DE 19801 |
| 825 Eighth Ave. | Tel: (302) 984-6000 |
| New York, NY 10019-7475 | rhorwitz@potteranderson.com |
| Tel: (212) 474-1000 | dmoore@potteranderson.com |
| | |
| Dated: July 2, 2012 | *Attorneys for Defendant Qualcomm Inc. and* |
| 1065534 / 34172 | *filing on behalf of all Defendants* |


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 2, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 2, 2012, the attached document was Electronically Mailed to the following person(s):

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington , DE  19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON &
     GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA  22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC  20005
edward.donovan@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

| | |
|---|---|
| Gregory F. Corbett<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>gcorbett@wolfgreenfield.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington , DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* |
| Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* | Katie J.L. Scott<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA  94304-1016<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants*<br>*LG Electronics, Inc., LG Electronics USA,*<br>*Inc., LG Mobilecomm U.S.A., Inc., Kyocera*<br>*Corporation, Kyocera International, Inc.,*<br>*Kyocera Wireless Corp., and Kyocera Sanyo*<br>*Telecom, Inc.* |
| Larry R. Schmadeka<br>LEE, HONG, DEGERMAN, KANG<br>& WAIMEY, P.C.<br>660 South Figueroa Street. Suite 2300<br>Los Angeles, CA  90017<br>lschmadeka@lhlaw.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., and LG Mobilecomm*<br>*U.S.A., Inc.* | |

                      By:  */s/ David E. Moore*
                            Richard L. Horwitz
                            David E. Moore
                            POTTER ANDERSON & CORROON LLP
                            (302) 984-6000
                            rhorwitz@potteranderson.com
                            dmoore@potteranderson.com

910256 / 34172