## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLCO PARTNERSHIP (d/b/a Verizon )<br>Wireless), LG ELECTRONICS, INC., LG )<br>ELECTRONICS USA, INC., and LG )<br>MOBILECOMM U.S.A., INC., KYOCERA )<br>CORPORATION, KYOCERA )<br>INTERNATIONAL, INC., KYOCERA )<br>WIRELESS CORP., and KYOCERA )<br>COMMUNICATIONS, INC., and QUALCOMM )<br>INC., )<br>)<br>Defendants. )<br>) | C.A. No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>PUBLIC VERSION |

## DECLARATION OF FELICIA EINHORN

OF COUNSEL:

Roger G. Brooks
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Tel: (212) 474-1000

Dated: July 5, 2012

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Qualcomm Inc. and filing on behalf of all Defendants*

I, Felicia Einhorn, declare as follows:

1. I am an associate at Cravath, Swaine & Moore LLP. I am admitted to the bar in the State of New York.

2. I submit this declaration in support of (1) Defendants' Reply in Further Support of Defendants' Motion for Partial Summary Judgment of Invalidity; (2) Defendants' Reply in Further Support of Defendants' Motion for Partial Summary Judgment of Non-Infringement; and (3) Defendants' Reply in Further Support of Defendants' *Daubert* Motion to Exclude the Testimony of Dr. William O. Kerr.

3. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

4. Attached as Exhibit 1 is a true and correct copy of Plaintiff and Defendants' Joint Claim Construction Chart filed in *ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.*, Civil Action No. 09-190-LPS (D. Del. Jan. 14, 2011), D.I. 422.

5. Attached as Exhibit 2 is a true and correct copy of Verizon Wireless' "VZ Navigator – Revenue, Cost, and Profitability for 2008-2010", produced by Defendant Cellco Partnership during discovery in this litigation and bearing Bates number VZW-ITT0158972.

6. Attached as Exhibit 3 is a true and correct copy of Raymond A. Eastwood et al., *Low Cost GPS Receiver Helps Train Troops*, Proc. ION GPS-90 (1990), produced by Defendant Qualcomm during discovery in this litigation and bearing Bates numbers QCITT00663762-69.

7. Attached as Exhibit 4 is a true and correct copy of the January 28, 2011 Claim Construction Hearing Transcript in *ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.*, Civil Action No. 09-190-LPS (D. Del. Jan. 28, 2011), D.I. 427.

      8.      Attached as Exhibit 5 is a true and correct copy of page 808 of Webster's Third New International Dictionary (1993).

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in New York, New York on July 5, 2012.

                                                          */s/ Felicia Einhorn*
                                                          Felicia Einhorn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 12, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 12, 2012, the attached document was Electronically Mailed to the following person(s):

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
gwilliams@foxrothschild.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

James D. Berquist
J. Scott Davidson
Donald L. Jackson
DAVIDSON BERQUIST JACKSON &
    GOWDEY LLP
4300 Wilson Boulevard, Suite 700
Arlington, VA 22203
jberquist@dbjg.com
sdavidson@dbjg.com
djackson@dbjg.com
*Attorneys for Plaintiff*
*ITT Manufacturing Enterprises, Inc.*

John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Edward C. Donovan
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
edward.donovan@kirkland.com
christopher.nalevanko@kirkland.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Gregory F. Corbett
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
gcorbett@wolfgreenfield.com
*Attorneys for Defendant*
*Cellco Partnership (d/b/a Verizon Wireless)*

Jeffery K. Sherwood
Frank C. Cimino, Jr.
DeAnna D. Allen
Robert L. Kinder
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
ITT-Kyocera-LG@dicksteinshapiro.com
*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., LG Mobilecomm*
*U.S.A., Inc., Kyocera Corporation, Kyocera*
*International, Inc., Kyocera Wireless Corp.,*
*and Kyocera Sanyo Telecom, Inc.*

Larry R. Schmadeka
LEE, HONG, DEGERMAN, KANG
& WAIMEY, P.C.
660 South Figueroa Street. Suite 2300
Los Angeles, CA 90017
lschmadeka@lhlaw.com
*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., and LG Mobilecomm*
*U.S.A., Inc.*

Paul E. Crawford
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
pcrawford@cblh.com
*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., LG Mobilecomm*
*U.S.A., Inc., Kyocera Corporation, Kyocera*
*International, Inc., Kyocera Wireless Corp.,*
*and Kyocera Sanyo Telecom, Inc.*

Katie J.L. Scott
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304-1016
ITT-Kyocera-LG@dicksteinshapiro.com
*Attorneys for Defendants*
*LG Electronics, Inc., LG Electronics USA,*
*Inc., LG Mobilecomm U.S.A., Inc., Kyocera*
*Corporation, Kyocera International, Inc.,*
*Kyocera Wireless Corp., and Kyocera Sanyo*
*Telecom, Inc.*

By: /s/ *David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910256 / 34172