IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., <br><br> Defendants. | C.A. No. 09-190-LPS <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

**EXHIBITS G THROUGH I TO
PLAINTIFF'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO
PRECLUDE THE TESTIMONY OF DEFENDANTS' PROPOSED
<u>COMMERCIAL SUCCESS EXPERT UNDER *DAUBERT*</u>**

Date: July 5, 2012
Public Version Date: July 13, 2012

# EXHIBITS G THROUGH I REDACTED IN THEIR ENTIRETY