# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 09-190-LPS

**JURY TRIAL DEMANDED**

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorneys Jefferson E. Bell and Duane L. Loft, formerly of Cravath Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Ave., New York, NY 10019-7475, hereby withdraw their appearances as counsel for Qualcomm Inc. ("Defendant"). All other attorneys involved in the case from Cravath Swaine & Moore LLP and Potter Anderson & Corroon LLP continue to represent Defendant.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Keith R. Hummel<br>Roger G. Brooks<br>Teena-Ann V. Sankoorikal<br>CRAVATH SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>Tel: (212) 474-1000 | By: */s/ David E. Moore*<br>  Richard L. Horwitz (#2246)<br>  David E. Moore (#3983)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  dmoore@potteranderson.com |
| Dated: August 1, 2012<br>1069218/ 34172 | |
| | *Attorneys for Defendant Qualcomm Incorporated* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 1, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 1, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Gregory Brian Williams<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington , DE  19899-2323<br>gwilliams@foxrothschild.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* | James D. Berquist<br>J. Scott Davidson<br>Donald L. Jackson<br>DAVIDSON BERQUIST JACKSON &<br>     GOWDEY LLP<br>4300 Wilson Boulevard, Suite 700<br>Arlington, VA  22203<br>jberquist@dbjg.com<br>sdavidson@dbjg.com<br>djackson@dbjg.com<br>*Attorneys for Plaintiff*<br>*ITT Manufacturing Enterprises, Inc.* |
| John G. Day<br>Tiffany Geyer Lydon<br>Caroline Hong<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Edward C. Donovan<br>Christopher R. Nalevanko<br>KIRKLAND & ELLIS LLP<br>655 15th Street, NW<br>Washington, DC  20005<br>edward.donovan@kirkland.com<br>christopher.nalevanko@kirkland.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* |

| | |
|---|---|
| Gregory F. Corbett<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>gcorbett@wolfgreenfield.com<br>*Attorneys for Defendant*<br>*Cellco Partnership (d/b/a Verizon Wireless)* | Paul E. Crawford<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington , DE 19899<br>pcrawford@cblh.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* |
| Jeffery K. Sherwood<br>Frank C. Cimino, Jr.<br>DeAnna D. Allen<br>Robert L. Kinder<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., LG Mobilecomm*<br>*U.S.A., Inc., Kyocera Corporation, Kyocera*<br>*International, Inc., Kyocera Wireless Corp.,*<br>*and Kyocera Sanyo Telecom, Inc.* | Katie J.L. Scott<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA  94304-1016<br>ITT-Kyocera-LG@dicksteinshapiro.com<br>*Attorneys for Defendants*<br>*LG Electronics, Inc., LG Electronics USA,*<br>*Inc., LG Mobilecomm U.S.A., Inc., Kyocera*<br>*Corporation, Kyocera International, Inc.,*<br>*Kyocera Wireless Corp., and Kyocera Sanyo*<br>*Telecom, Inc.* |
| Larry R. Schmadeka<br>LEE, HONG, DEGERMAN, KANG<br>& WAIMEY, P.C.<br>660 South Figueroa Street. Suite 2300<br>Los Angeles, CA  90017<br>lschmadeka@lhlaw.com<br>*Attorneys for Defendants LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., and LG Mobilecomm*<br>*U.S.A., Inc.* | |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

910256 / 34172