**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614
WEB www.cblh.com

August 31, 2012

**VIA HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Judge
844 North King Street
Wilmington, DE 19801

Re: *ITT Manufacturing Enterprises v. CELLCO Partnership, et al*,
C.A. No. 09-190-LPS

Dear Judge Stark,

The LG and Kyocera Defendants jointly filed a Motion for Partial Judgment on the Pleadings (D.I. 156), on December 22, 2009. That Motion has been fully briefed (D.I. 157, 184, 200, 204, 219 & 221). The LG and Kyocera Defendants respectfully request oral argument on their motion, so that it might be joined with recently requested oral argument on several other dispositive motions (D.I. 526).

LG/Kyocera's Motion for Partial Judgment seeks dismissal of Counts 30, 32 and 33 of ITT's Complaint based on LG and Kyocera's unique status in this case as suppliers of telephone handsets rather than as operators of a cellular network. The claims of the patent in suit each require operation of a cellular network. LG/Kyocera's Motion for Partial Judgment thus seeks dismissal of all claims for direct infringement because neither LG nor Kyocera operate such a network as required by the claims. Moreover, with respect to the Sprint network, Sprint is authorized by ITT to provide network services such that any use of a Kyocera or LG handset on that network could not be infringing. As such, there can be no direct or indirect infringement of any claim with respect to the Sprint network.

This request is prompted by the impending trial date of November 26, 2012, as well as the abovementioned request for oral argument on other dispositive motions (D.I. 526). A single oral argument on the pending motions would conserve judicial resources and could expedite extra-judicial resolution of this action.

Respectfully submitted,

*/s/ Paul E. Crawford* (No. 493)

cc: All Counsel of Record (by e-mail)