

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

September 7, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

      Re: **ITT Manufacturing Enterprises, Inc. v. Cellco Partnership, et al.**
           **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

    We are in receipt of the Court's Oral Order entered today scheduling oral argument on all pending motions on September 27, 2012, beginning at 11:00 a.m. Counsel for Plaintiff ITT Manufacturing Enterprises, Inc. hereby respectfully request the Court to reschedule the oral argument on the pending motions to a day other than September 27, October 3, 4, and 5, as Counsel for ITT are already scheduled for trial and oral argument in other courts on those days.

    Thank you for your consideration of this request.

                              Respectfully submitted,

                              /s/ Gregory B. Williams (#4195)

                              Gregory B. Williams

GW:bjr
cc:    Counsel of Record (via CM/ECF)