# EXHIBIT 1

Hiromu Tokumatsu 30(b)(6)  September 9, 2010
Los Angeles, CA

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF DELAWARE

3       - - - - - - - - - - - - - - - X

4       ITT MANUFACTURING ENTERPRISES, :

5       INC.,                          :

6              Plaintiff,              :

7                  v.                  : Case No.

8       CELLCO PARTNERSHIP (d/b/a      : 09-190-JJF-LPS

9       Verizon Wireless), et al.,     :

10             Defendants.             :

11      - - - - - - - - - - - - - - - X

12                         Los Angeles, California

13                         Thursday, September 9, 2010

14      Deposition of HIROMU TOKUMATSU 30(b)(6), a witness

15      herein, called for examination by counsel for

16      Plaintiff in the above-entitled matter, pursuant

17      to Notice, taken at 2049 Century Park East

18      Suite 700, Los Angeles, California, beginning at

19      9:33 a.m. and ending at 6:14 p.m., on Thursday,

20      September 9, 2010, before Lisa Moskowitz,

21      California Certified Shorthand Reporter No. 10816,

22      RPR.

23

24

25

Hiromu Tokumatsu 30(b)(6)　　　　　　　　　　　　　　　　　　　　　September 9, 2010
Los Angeles, CA

Page 35

1   you discussed earlier today.  You indicated that
2   some of the log files on the servers in Osaka,
3   Japan included log files based on wireless testing
4   in the United States of phones manufactured by
5   Kyocera Corporation; is that correct?
6       A   Yes.
7       Q   Does Kyocera Corporation test each of its
8   phones that are to be sold in the United States
9   wirelessly?
10      A   Yes.
11      Q   Does Kyocera conduct that wireless
12  testing in the United States for each phone?
13          THE INTERPRETER:  The witness asked a
14  clarification of the word "each."  You said "each
15  phone."
16  BY MR. JACKSON:
17      Q   Each model.
18      A   Yes.
19      Q   Where is that wireless testing conducted?
20      A   In Kansas City and the areas nearby
21  Kansas City.  I was going to say Kansas City,
22  Kansas, but a part of that is in Missouri.
23      Q   Is this wireless testing conducted using
24  Sprint's wireless network?
25      A   Yes.

Page 36

```
 1        Q   Is this wireless testing conduct using --
 2   I'm sorry.
 3            Is this wireless testing conducted by
 4   employees of Kyocera?
 5        A   The testing is conducted by the company
 6   who we outsource for testing purposes.
 7        Q   And what's the name of that company?
 8        A   It is called DIT Company, Limited, or
 9   DIT, Incorporated.
10        Q   Is that a United States company?
11        A   It's a Japanese company.
12        Q   And they have employees in the United
13   States that conduct the wireless testing?
14        A   Kyocera, who signs a contract with this
15   company, does not know who are the actual people
16   who run these tests.
17        Q   But Kyocera knows that DIT conducts the
18   wireless testing for Kyocera in the Kansas City
19   area?
20        A   Yes.
21        Q   What wireless tests does DIT conduct?
22        A   In accordance with the test items
23   specified by Sprint, they run the test at the
24   multiple locations also specified by Sprint to see
25   if the GPS is properly and accurately presenting
```

Hiromu Tokumatsu 30(b)(6)　　　　　　　　　　　　　　　　　　　　　　　September 9, 2010
　　　　　　　　　　　　　　　　　Los Angeles, CA

Page 37

```
 1   the information.
 2           (Discussion between interpreters.)
 3           THE INTERPRETER:  Correction.  You would
 4   like me to say the whole thing; right?
 5           THE WITNESS:  In accordance with the test
 6   items specified by Sprint at the multiple
 7   locations also specified by Sprint, GPS is tested
 8   to see if it accurately shows the positions.
 9   BY MR. JACKSON:
10       Q   During the wireless testing in the Kansas
11   City area, is the MS-based mode of operation
12   tested?
13       A   In your question did you say, "MS-based
14   mode of operation"?
15       Q   Yes.
16       A   That would be different depending on
17   which model it is.  If the Sprint feature
18   compliance requires the equipment to have the
19   MS-based mode of operation, then that would be
20   tested, but if not, it could be a different mode
21   of operation.
22       Q   During the wireless testing in the Kansas
23   City area, is the MS-assist mode tested?
24       A   Yes.
25       Q   During the testing in the Kansas City
```

Hiromu Tokumatsu 30(b)(6)     Los Angeles, CA     September 9, 2010

Page 38

```
 1    area of the MS-assist mode, is the Provide
 2    Sensitivity Assistance message transmitted to the
 3    mobile phone?
 4              (Discussion between interpreters.)
 5              THE WITNESS:  It would vary depending on
 6    the model.
 7    BY MR. JACKSON:
 8        Q   For certain models the Provide
 9    Sensitivity Assistance message would be sent in
10    the MS-assist mode?
11        A   Yes.
12        Q   And this information would be recorded in
13    the log files that are stored in Japan?
14        A   Yes.  Allow me to explain.  It is not all
15    the log files that are regenerated, but some of
16    them are stored in Japan.
17        Q   Where are the remainder of the log files
18    stored?
19        A   I have mentioned about this a little bit
20    earlier.  Most log files look almost the same, and
21    it could become a huge file.  Therefore, only the
22    representative ones are saved, and the rest are
23    discarded.
24        Q   How does Kyocera determine which log
25    files are representative?
```