# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   ITT MANUFACTURING            )

 5   ENTERPRISES, INC.,           )

 6                                )

 7              Plaintiff,        )

 8                                )

 9      vs.                       )No. C.A.NO. 09-190-

10                                )   JJF-LPS

11   CELLCO PARTNERSHIP (d/b/a    )

12   Verizon Wireless), LG        )

13   ELECTRONICS, INC., LG        )

14   ELECTRONICS USA, INC., and LG )

15   ELECTRONICS MOBILECOMM U.S.A.,)

16   INC., MOTOROLA, INC., KYOCERA )

17   CORPORATION, KYOCERA         )

18   INTERNATIONAL, INC., KYOCERA )

19   WIRELESS CORP., and KYOCERA  )

20   COMMUNICATIONS, INC., and    )

21   QUALCOMM, INC.,              )

22              Defendants.       )

23

24

25
```

Tae Hoe Kim 30(b)(6)
San Diego, CA

August 13, 2010

```
 1        Q.    And the results of that testing, to your

 2    knowledge, have they been turned over for

 3    production in this lawsuit?

 4        A.    I don't quite recall.

 5        Q.    Does LG test the GPS functionality of

 6    its phones in the United States?

 7        A.    Yes.

 8        Q.    Is that part of LG's normal practice?

 9              MR. SHERWOOD:  Object to the form.

10        A.    Yes.

11    BY MR. JACKSON:

12        Q.    For every model of LG phone that has GPS

13    functionality, is that GPS functionality tested in

14    the United States?

15        A.    As to that, I'm not quite sure, because

16    there are quite a few carriers involved, and it

17    would depend upon specific carrier requirements.

18        Q.    With respect to Verizon Wireless, are

19    all LG phones that have GPS functionality, is the

20    GPS functionality in each of those models tested

21    here in the United States?

22        A.    Yes.

23        Q.    Does LG test those phones on its own

24    network here in the United States?

25              MR. SHERWOOD:  Object to the form.
```

Page 28

    1        A.     When you say "its own," which company

    2    are you referring to?

    3    BY MR. JACKSON:

    4        Q.     Does LG Electronics operate a network in

    5    the United States for testing purposes?

    6               MR. SHERWOOD:   Object to the form.

    7        A.     It is my personal understanding, so just

    8    my understanding, I don't believe there is a

    9    network that LGE operates for the purpose of GPS.

   10    BY MR. JACKSON:

   11        Q.     Is there any LG entity that operates a

   12    network in the U.S. that is used to test the GPS

   13    functionality of LG's phones?

   14               MR. SHERWOOD:   Object to the form.

   15        A.     Let me just ask you about the network

   16    that you refer to in your question.   You are

   17    referring to that in the specific context of the

   18    wireless, right?

   19    BY MR. JACKSON:

   20        Q.     Yes.   Is there a wireless network that

   21    LG uses to test its phones?   That's what I'm

   22    asking about.

   23        A.     To my understanding, there is not.

   24        Q.     Is the GPS functionality of LG's phones

   25    tested in the United States on a network, on a

Page 29

```
 1   wireless network?
 2       A.    Yes.   That's the type of testing we
 3   perform.
 4       Q.    Which wireless networks are used for
 5   purposes of that testing?
 6             MR. SHERWOOD:  Object to the form.
 7       A.    We use Verizon Wireless networks.
 8   BY MR. JACKSON:
 9       Q.    So if it's a Verizon Wireless phone,
10   then you would use the Verizon Wireless network to
11   test the GPS functionality; is that correct?
12       A.    Yes.
13       Q.    If it's a Verizon Wireless phone, will
14   you also test the GPS functionality using a
15   network owned or operated by Qualcomm?
16       A.    Generally speaking, we conduct the
17   testing of the Verizon Wireless phones using the
18   Verizon networks.  However, there can be cases
19   where there may be a problem encountered in the
20   interim period of the development activities, then
21   Qualcomm would also need to verify in regard to
22   such problem.  So that kind of occasion might
23   occur because of that.
24             However, at the end of the day, what I
25   just gave the answer, in generally speaking, would
```