# EXHIBIT 3

Hyong Won Kim                                                    February 17, 2011
                        Washington, D.C.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3

 4        - - - - - - - - - - - - - - - - x

 5        ITT MANUFACTURING ENTERPRISES,   :

 6        INC.,                            :

 7                      Plaintiff,         :

 8              vs.                        :   Civil Action No.

 9        CELLCO PARTNERSHIP (d/b/a        :   09-190-JJF-LPS

10        VERIZON WIRELESS), LG            :

11        ELECTRONICS, INC., LG            :

12        ELECTRONICS USA, INC., and LG    :

13        MOBILECOM USA, INC.; KYOCERA     :

14        CORPORATION, KYOCERA             :

15        INTERNATIONAL, INC.; KYOCERA     :

16        WIRELESS CORP., and KYOCERA      :

17        COMMUNICATIONS, INC.; (f/k/a     :

18        KYOCERA SANYO TELECOM, INC.)     :

19        and QUALCOMM INC.,               :

20                      Defendants.        :

21        - - - - - - - - - - - - - - - - x

22

                             1
```

 1    a log of wireless testing in the U.S.

 2              MR. JACKSON:  Is there a way to shortcut

 3    all of the exhibits, so I'm happy to go through each

 4    of them one by one and establish this.

 5              MR. SHERWOOD:  Well, I think that they all

 6    are, but it's thousands of pages.  It would take us

 7    a little bit of time, so if you want to take a

 8    break, we'll look at them during a break and I think

 9    we probably can make this agreement during the

10    break.

11              MR. JACKSON:  It's time to change the

12    videotape anyway, so why don't we go ahead and take

13    a break.

14              THE VIDEOGRAPHER:  We're going off the

15    record.  The time is 10:53 a.m.

16                  (Recessed at 10:53 a.m.)

17                  (Reconvened at 11:17 a.m.)

18              THE VIDEOGRAPHER:  We're now back on the

19    record.  This is the beginning of Videotape Number

20    2.  The time is now 11:17 a.m.  You may proceed.

21              MR. SHERWOOD:  Okay, we can reach some

22    stipulations on these exhibits, and I will tell you

                              28

1    what they are by exhibit number.  With respect --

2    with respect to Exhibit 212, LG stipulates that it

3    is a record of wireless testing done in the United

4    States on the Verizon network in the MS-assist mode.

5    It's a sample log file and it was developed in the

6    ordinary course of LG's business.

7              With respect to Exhibit 213, it also is a

8    log file generated by LG on the Verizon network in

9    the MS-based mode.  With respect to Exhibit 214, it

10   was also generated as a result of wireless testing

11   done in the United States on the Verizon network in

12   the MS-assist mode.  Exhibit 215 is a record of

13   wireless testing done in the United States on the

14   Verizon network in the MS-based mode.

15             MR. JACKSON:  I'm sorry, did you say

16   Verizon?

17             MR. SHERWOOD:  Verizon, yeah, 215.

18   Exhibit 216 is a log file of wireless testing done

19   in the United States on the T-Mobile network in the

20   MS-based mode control plane.  Exhibit 217 is a

21   record, a log file of wireless testing done in the

22   United States on the T-Mobile network in the

29

```
 1    MS-assist mode user plane.  Exhibit 218 is a log

 2    file of wireless testing done in the United States

 3    on the T-Mobile network in the MS-based mode user

 4    plane.  Exhibit 219 is a log file of wireless

 5    testing done in the United States on the Sprint

 6    network in the MS-assist mode.  Exhibit 220 is a

 7    sample of a log file of wireless testing done in the

 8    United States on the AT&T network, MS-based mode

 9    control plane.  Exhibit 221 is a sample log file of

10    wireless testing done in the United States on the

11    AT&T network in the MS-based mode user plane.  And

12    Exhibit 222 is a sample log file of wireless testing

13    done in the United States on the Sprint network in

14    the MS-based mode.  Hopefully this will greatly

15    shorten the examination.

16              MR. JACKSON:  I hope that you're correct.

17    I think I may have just missed what you said.  With

18    respect to 213, did you say that it was also

19    wireless testing?

20              MR. SHERWOOD:  Yes, or if I didn't, I say

21    that now.  They're all wireless testing.

22              MR. JACKSON:  And with respect to 213
```

30

```
 1    through 222, is LG willing to stipulate that these

 2    are records developed in the ordinary course of LG's

 3    business?

 4              MR. SHERWOOD:  Yes.

 5              MR. JACKSON:  I'd intended -- I made a

 6    note after you left.  I'm sorry, I was going to ask

 7    about dates as well.  Some of these files do not

 8    appear to have dates so I was going to ask the

 9    witness whether he could tell what the dates are.

10              MR. SHERWOOD:  That's fine.

11              BY MR. JACKSON:

12        Q.    Okay.  So I'll just take them

13    sequentially.  I don't have all of them here in

14    front of me.  Mr. Kim, with respect to Exhibit --

15    with respect to these exhibits, I want to ask you

16    about what dates these files were recorded, and some

17    of them appear to have dates and others, based on my

18    review, I cannot determine a date, so I was going to

19    ask you if you could help me with that and verify

20    the ones that you have dates, that the dates are

21    correct.  I just want to tell you that's where I'm

22    going in advance.  So let's take Exhibit 212 first.
```

31