IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 09-190-LPS |
| | : | |
| CELLCO PARTNERSHIP, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this 28th day of September, 2012:

For the reasons stated in Court during the hearing held this same day, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Substitute Party (D.I. 465) is GRANTED. Exelis Inc. is substituted as Plaintiff in this action for ITT Manufacturing Enterprises, Inc. and the Clerk of Court is directed to change the caption on the docket to reflect the substitution. The new caption shall read Exelis Inc. v. Cellco Partnership, *et al.*

2. In connection with the proposed pretrial order, Plaintiff may submit up to three (3) motions in limine and Defendants collectively may submit up to five (5) motions in limine, all in accordance with the Court's procedures as previously described.

3. Defendants shall submit a letter brief not to exceed three (3) pages, on October 1, 2012, addressing their request for an additional fact deposition. Plaintiff shall respond with a

letter brief not to exceed three (3) pages on October 2, 2012.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE