

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

October 1, 2012

**Via Electronic Filing**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

           **Re:  Exelis Inc. v. Cellco Partnership et al.; C.A. No. 09-190-LPS**

Dear Judge Stark:

       During oral argument on Defendants' Motion for Partial Summary Judgment of Non-Infringement (D.I. 486) on Friday, Your Honor asked whether plaintiff's expert Dr. Heppe had distinguished any prior art based on any of the limitations added to Claim 1 in the reexamination. Mr. Brooks represented that Dr. Heppe had done so, directed the Court to page 40 of his rebuttal expert report concerning validity, at which he distinguished the Yoshida prior art reference on the basis that it "does not *store* the data" (as required by language added to claim 1 of the '450 Patent in reexamination), and undertook to let the Court know where that expert report could be found among the voluminous materials that have been submitted to the Court.

       Dr. Heppe's rebuttal expert report on validity was previously filed with the Court as Exhibit 13 to the Declaration of Marc J. Khadpe (D.I. 490).

                                                                   Respectfully,

                                                                   /s/ David E. Moore

                                                                   David E. Moore

DEM:cet
cc: Clerk of the Court (by Hand Delivery)
    Counsel of Record (by CM/ECF)
1077284/34172