

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444 Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

October 1, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

    Re:    **Exelis Inc. v. Cellco Partnership, et al.**
             **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

    During the oral argument on Friday, September 28, 2012, the Court asked Exelis whether it would be necessary to establish that the claim had been improperly broadened if it found that the amendment was made for an improper purpose. It turns out that there is a split in the Federal Circuit authority on the issue. On January 7, 2008, the Federal Circuit reversed a district court's finding that a patent claim was invalid on the grounds that it was amended during reexamination for an improper purpose, noting that "[f]or the purposes of assessing validity under *section 305*, the MPEP directs the examiner to determine only whether any added claims impermissibly 'enlarge the scope of the original claims.'" *Cordis Corp. v. Medtronics Ave, Inc.*, 511 F.3d 1157, 1186 (Fed. Cir. 2008) (*citing* 37 C.F.R. § 1.552(b). On May 27, 2008, in a non-precedential decision, the Federal Circuit reached the opposite conclusion, and affirmed a finding of invalidity on the grounds that the reexamination amendments were made for an improper purpose without addressing whether the amendments made during reexamination broadened claim scope. *Southwestern Bell Tel. Co. v. Collins, Inc.*, 279 Fed.Appx. 989, 992 (Fed. Cir. 2008).

    The two decisions are at odds. Under Federal Circuit authority, however, it is the earlier, precedential holding that controls. *Newell Cos. v. Kenney Mfg. Co.*, 864 F.2d 757, 765 (Fed. Cir. 1988).



**Fox Rothschild** LLP
ATTORNEYS AT LAW

The Honorable Leonard P. Stark
October 1, 2012
Page 2

    It has long been the law of the Federal Circuit that "[c]laims may also be amended to comply with 35 U.S.C. § 112 during reexamination." *In re Freeman*, 30 F.3d 1459, 1468 (Fed. Cir. 1994). Because the Court expressed interest in the process the attorney used to create the claims presented during the reexamination of the '450 patent, Exelis respectfully submits the attached portions of the deposition testimony of the attorney who handled the '450 reexamination, Mr. Patrick Finnan, for the Court's consideration.

    Thank you for your consideration of these matters.

                                   Respectfully submitted,

                                   /s/ Gregory B. Williams (#4195)

                                   Gregory B. Williams

GW:bjr
Encl.
cc:    Counsel of Record (via CM/ECF) (w/encl.)