

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

October 2, 2012

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:  **Exelis Inc. v. Cellco Partnership et al.; C.A. No. 09-190-LPS**

Dear Judge Stark:

        With reference to plaintiff's letter to the Court of yesterday's date, we were not aware that the Court had requested additional authority concerning Section 305 requirements.  In any event, plaintiff's letter does not provide new authority, but instead simply repeats a citation and misreading of *Cordis* already presented in plaintiff's brief, and addressed in Defendants' brief.  (*See* Defendants' Opposition and Reply Br., D.I. 517, at 19 n.16 (June 25, 2012).)

        To be clear, in *Cordis*, the Federal Circuit found both that there was a proper purpose for the particular amendment (*Cordis Corp. v. Medtronic AVE, Inc.*, 511 F.3d 1157, 1185 (2008)), and that it was conceded that the amendment did not in fact expand the claims.  It did not hold that a finding of improper purpose is not sufficient to invalidate an affected claim.  There is no inconsistency between *Cordis* and *Southwestern Bell*.

        Respectfully,

        */s/ Richard L. Horwitz*

        Richard L. Horwitz

RLH:nmt
1077542/34172

cc:  Clerk of the Court (by Hand Delivery)
     Counsel of Record (by CM/ECF)