IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 09-190-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), | ) |
| LG ELECTRONICS, INC., LG ELECTRONICS | ) |
| USA, INC., and LG MOBILECOMM U.S.A., INC., | ) |
| KYOCERA CORPORATION, KYOCERA | ) |
| INTERNATIONAL, INC., KYOCERA WIRELESS | ) |
| CORP., and KYOCERA COMMUNICATIONS, | ) |
| INC., and QUALCOMM INC., | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Alexander S. Perry of Dickstein Shapiro LLP, as co-counsel to represent Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc. in this matter.

Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: October 8, 2012  By: /s/ Paul E. Crawford
Paul E. Crawford (No. 0493)
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
pcrawford@cblh.com

*Attorney for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc.*

## ORDER GRANTING MOTION

SO ORDERED this ____ day of _____, 2012 that counsel's motion for admission pro hac vice of Alexander S. Perry is GRANTED.

_____
United States District Judge

Date: _____, 2012

5039306

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/2005, I further certify that the annual fee of $25.00.

☐     has been paid to the Clerk of Court; or

☒     will be submitted to the Clerk's Office upon the filing of this motion.

Dated: __October 8, 2012__      Signed: _____

Alexander S. Perry
Dickstein Shapiro
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-3115
perrya@dicksteinshapiro.com

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on October 8, 2012, a copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)