# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIS INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 09-190-LPS |
| | : | |
| | : | |
| CELLCO PARTNERSHIP (d/b/a Verizon | : | |
| Wireless), LG ELECTRONICS, INC., LG | : | |
| ELECTRONICS USA, INC., and LG | : | |
| ELECTRONICS MOBILECOMM U.S.A., INC., | : | |
| KYOCERA CORPORATION, KYOCERA | : | |
| INTERNATIONAL, INC., KYOCERA | : | |
| WIRELESS CORP., and KYOCERA | : | |
| COMMUNICATIONS, INC., and | : | |
| QUALCOMM INC., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

At Wilmington this 9th day of October, 2012,

**IT IS HEREBY ORDERED** that:

LGE and Kyocera's motion for judgment on the pleadings (D.I. 156) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE