# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC., | ) C.A. No. 09-190-LPS ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND ORDERED that the December 27, 2011 Scheduling Order is modified as follows:

1. Defendants may depose non-party Daniel Colker, such deposition to be scheduled as soon as practical, subject to the witness's and the parties' availability. Plaintiff may, at its option, defer its cross-examination of Mr. Colker to a second deposition of Mr. Colker.

2. Defendants will be limited to two hours total of record time for their direct examination and any redirect of Mr. Colker. Plaintiff will be limited to five hours total of record time for its cross-examination and any recross of Mr. Colker.

3. Plaintiff will be permitted to depose additional related third-party fact witnesses at its option. The scope of any such examinations will be limited to topics relating to the topics raised by Mr. Colker's deposition.

4. All depositions provided for by this order will be scheduled so as to be completed on or before October 30, 2012.

5. The parties may serve supplemental expert reports – Defendants by November 5, 2012 and Plaintiff by November 9, 2012.  Defendants reserve their rights to serve a rebuttal report responding to any new issues or arguments raised in Plaintiff's supplemental expert report, including by seeking leave from the Court to serve such a report, if necessary.  The scope of such reports will be limited to addressing new information from the depositions provided for in this order.

6. If necessary, the parties will submit any modifications to the joint proposed final pretrial order in a joint filing no later than November 12, 2012.  Such modifications shall be limited to those responsive to new information obtained in the depositions provided for by this order.

Respectfully submitted,

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Gregory B. Williams*  <br> Gregory B. Williams (#4195) <br> Citizens Bank Center <br> 919 N. Market Street, Suite 1300 <br> Wilmington, DE  19899 <br> Tel:  (302) 622-4211 <br> gwilliams@foxrothschild.com <br><br> *Attorneys for Plaintiff Exelis, Inc.* | By: */s/ Richard L. Horwitz*  <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendant Qualcomm Incorporated* <br><br> *Filed on Behalf of All Defendants* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1078574 / 34172