# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | C.A. No. 09-190-LPS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP (d/b/a Verizon Wireless), ) | |
| LG ELECTRONICS, INC., LG ELECTRONICS ) | |
| USA, INC., and LG MOBILECOMM U.S.A., INC., ) | |
| KYOCERA CORPORATION, KYOCERA ) | |
| INTERNATIONAL, INC., KYOCERA WIRELESS ) | |
| CORP., and KYOCERA COMMUNICATIONS, ) | |
| INC., and QUALCOMM INC., ) | |
| ) | |
| *Defendants*. | |

## LG AND KYOCERA'S NOTICE OF INTENT TO REDACT

Defendants, LG Electronics, Inc., LG Electronics USA, Inc., and LG Mobilecomm U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., and Kyocera Communications, Inc., by and through their undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of civil Procedure and this court's policy on the electronic availability of transcripts of court proceedings hereby submit their Notice of Intent to Redact from the transcript of the Hearing held on September 28, 2012 (D.I. 561).

Respectfully Submitted,

Dated: October 16, 2012

By: __/s/ Paul E. Crawford_____
CONNOLLY BOVE LODGE & HUTZ LLP
Paul E. Crawford (No. 0493)
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
pcrawford@cblh.com

OF COUNSEL:

Katie J.L. Scott
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304-1016
Tel: (650) 690-9561
ScottK@dicksteinshapiro.com

Jeffrey K. Sherwood
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
sherwoodj@dicksteinshaprio.com

5049595

*Attorneys for LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and
LG Electronics MobileComm U.S.A., Inc.
and Kyocera Corporation, Kyocera
International, Inc., Kyocera Wireless Corp., and
Kyocera Communications, Inc.*

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify that on October 16, 2012, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

      /s/ Paul E. Crawford
      Paul E. Crawford, Esq. (#0493)