# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>Defendants. | C.A. No. 09-190-LPS |

## STIPULATION AND [PROPOSED] ORDER OF EXTENSION OF DEADLINE FOR PARTIES TO FILE JOINT PROPOSED FINAL PRETRIAL ORDER

Plaintiff, Exelis Inc., and Defendants, Cellco Partnership (d/b/a Verizon Wireless), LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Communications, Inc., and Qualcomm, Inc., hereby stipulate to and respectfully request the Court to approve a two (2) day extension of the deadline set forth in the Court's Scheduling Order (D.I. 459) for the parties to file the Joint Proposed Final Pretrial Order, including motions *in limine*, from October 30, 2012 to November 1, 2012, due to the shut-downs and other problems created by Hurricane Sandy.

| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Gregory B. Williams<br>Gregory B. Williams (#4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899<br>(302) 622-4211<br>gwilliams@foxrothschild.com<br><br>Attorneys for Plaintiff<br>ITT Manufacturing Enterprises, Inc. | /s/ Paul E. Crawford<br>Paul E. Crawford (#0493)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>pcrawford@cblh.com<br><br>Attorneys for Defendants<br>LG Electronics, Inc., LG Electronics U.S.A., Inc., LG MobileComm U.S.A., Kyocera Corp., Kyocera International, Inc., Kyocera Communications, Inc. |
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| /s/ John G. Day<br>John G. Day (#2403)<br>500 Delaware Ave., 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br><br>Attorneys for Defendant<br>Cellco Partnership (d/b/a Verizon Wireless) | /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendant<br>QUALCOMM, Inc. |

APPROVED AND SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE