

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

November 7, 2012

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    <u>**Exelis Inc. v. Cellco Partnership et al.; C.A. No. 09-190-LPS**</u>

Dear Judge Stark:

    In accordance with the Court's guidelines, enclosed please find a disk containing a Word Perfect version of the Defendants' Proposed Verdict Form, which was filed on November 6, 2012 (D.I. 599).

                                  Respectfully,

                                  */s/ David E. Moore*

                                David E. Moore

DEM:nmt
1082080/34172

Enclosure
cc:  Clerk of the Court (by Hand Delivery w/enclosure)
      Counsel of Record (by CM/ECF w/o enclosure)