

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

November 14, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

    Re: **Exelis Inc. v. Cellco Partnership, et al.**
         **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

    In accordance with Your Honor's instructions during the Final Pretrial Conference yesterday, Plaintiff Exelis, Inc. ("Exelis") identifies the following claims that it intends to pursue during trial: claims 1, 5, 6, 10, 12, 17, 23, 25, 26, 35, 36, 49, 53, and 56 of the '450 patent. Exelis identifies these claims for the purpose of streamlining the proofs at trial, and without conceding that any of the non-identified claims are not infringed, invalid, or unenforceable.

    Thank you for your consideration of these matters.

                             Respectfully submitted,

                             /s/ Gregory B. Williams (#4195)

                             Gregory B. Williams

GW:bjr
cc:    Counsel of Record (via CM/ECF and Email)