

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444 Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

November 14, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

    Re: **Exelis Inc. v. Cellco Partnership, et al.**
          **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

    The parties are submitting jointly with this letter the following:

    (1) Amended Appendix B to the Proposed Final Pretrial Order;

    (2) Amended Appendix C to the Proposed Final Pretrial Order; and

    (3) Amended Appendix D to the Proposed Final Pretrial Order.

    Thank you for your consideration of these matters.

                                      Respectfully submitted,

                                      /s/ Gregory B. Williams (#4195)

                                      Gregory B. Williams

GW:bjr
Encls.
cc:     Counsel of Record (via CM/ECF)