# Amended Appendix B

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

**Exelis Inc. v.Cellco P'ship,** *et al.*

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| Agas, Fe[1] | 9/10/2010 | 5:5-10 | | | | | | |
| | | 5:16-6:8 | | | | | | |
| | | 7:10-8:24 | | | | | | |
| | | 12:11-12:19 | | | | | | |
| | | 13:5-13:15 | | 13:16-21 | | | | |
| | | 13:22-13:24 | | 13:25-14:7 | | | | |
| | | 14:8-14:18 | | | | | | |
| | | 16:11-16:21 | | | | | | |
| | | 17:5-17:23 | | | | | | |
| | | 18:12-18:13 | | | | | | |
| | | 18:21-20:11 | | | | | | |
| | | 21:6-22:12 | | | | | | |
| Colker, | 10/19/2012 | 8:3-6 | | | | | | |

[1] Plaintiff objects to playing any portion of Ms. Agas' testimony under Fed. R. Evid. 402 & 403 because defendants and their expert did not properly rely on the SAWE-RF system as a basis to invalidate any claim of the '450 patent.  However, if the Court does allow Ms. Agas' testimony into evidence, plaintiff makes the following objections and counter-designations to defendants' designations.  Defendants disagree with Exelis's position.  *See* Defs. Opp. to Pl.'s Mot. *in Limine* No. 3 (Oct. 22, 2012).

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter
Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter
Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| Daniel | | | | | | | | |
| | | 8:19-24 | | | | | | |
| | | 9:2-10:14 | | | | | | |
| | | 11:16-12:25 | | | | | | |
| | | 13:6-16:8 | FRE 403, 602, 701, & 802 | | | | | |
| | | 16:11-17:4 | | | | | | |
| | | 17:9-20:2 | FRE 403, 602, 701, & 802 | | | | | |
| | | 20:6-13 | | | | | | |
| | | 20:17-21:3 | FRE 402, 403, & 901 | | | | | |
| | | 21:6-17 | FRE 402, 403, & 901 | | | | | |
| | | 22:8-11 | | | | | | |
| | | 22:17-25 | | | | | | |
| | | 23:17-25:17 | | | | | | |
| | | 26:19-27:12 | | 27:13-24 | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter
Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter
Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 27:25-28:5 | | 28:6-22 | | 29:2-9 | | |
| | | 28:23-29:1 | | 29:10-18 | | 29:2-9 | | |
| | | 29:19-30:2 | | | | | | |
| | | 30:6-31:25 | | | | | | |
| | | 32:11-21 | | 34:9-17; 34:25-35:4 | All:  IC | 32:22-33:19, 34:18-24, 35:5-8 | | |
| | | 35:9-24 | | | | | | |
| | | 39:15-40:23 | FRE 402, & 403 | 41:19-42:1; 42:12-14 | All:  IC, R, P 42:12-14:  MD, V | 42:2-4, 42:6-9, 42:15-22 | | |
| | | 43:3-13 | | | | | | |
| | | 43:17-44:5 | | | | | | |
| | | 44:24-45:3 | | 46:18-21; 48:14-18; 49:24-50:6; 51:5-21; 51:23-52:3; 54:7-13; 54:25-55:17; 60:17-18; 60:20-61:2; | 48:14-18:  IC, R, P  49:24-50:6, 51:5-21, 51:23-52:3:  IC, R, P, F, K | **For 46:18-21:** 45:4-8, 45:10-11, 45:22-46:3, 46:11-14, 46:16  **For 60:17-18; 60:20-61:2;** | FRE 403, 602, 701, 802 (18:16-19, 19:4-11, 19:25-20:2) | 45:12-21 |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 61:4; 61:12-18; 62:2-3; 62:25-63:3; 63:5; 64:19-22; 65:7-11; 65:13-14; 66:8-11; 66:14; 66:16; 66:19-21; 66:23; 66:25-67:11; 67:13-17; 67:20-68:8; 73:4-6; 73:8-9; 73:12-24; 74:1-6 | 54:7-13, 54:25-55:17, 60:17-18; 60:20-61:2; 61:4; 61:12-18; 62:2-3:  IC<br><br>62:25-63:3; 63:5; 64:19-22; 65:7-11; 65:13-14; 66:8-67:1:  IC, R, P, F, H<br><br>67:2-11, 67:13-17:  IC, R, P, K<br><br>67:20-68:8, 73:4-6; 73:8-9:  IC, R, P, F<br><br>73:12-24; 74:1-6:  IC, R, P | **61:4; 61:12-18; 62:2-3:** 62:4-6<br><br>**For 73:12-24:** 18:6-20:2, 168:10-17 | | |
| | | 81:1-8 | | 81:19-82:10; | All:  IC | **For:  102:8-** | FRE 402 & | 102:21-23 |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 83:11-21; 83:24-84:11; 84:13-15; 84:22-25; 85:2-22; 91:11-16; 97:20-22; 97:24-98:11; 98:13-25; 99:2-12; 99:14-17; 101:15-19; 101:21; 102:8-15; 102:17-18; 104:25-105:3; 105:5-11; 105:13-106:10; 106:12-107:11; 108:23-109:10; 112:12-22; 112:24-113:10; 113:12-16; 114:25-115:12; 122:18-123:2; | 83:11-21; 83:24-84:11; 84:13-15; 84:22-25; 85:2-22:  R, P  84:8-11, 84:13-15; 84:22-25, 85:2-14:  K  97:20-22; 97:24-98:11; 98:13-25; 99:2-12; 99:14-17:  R, P, F, K  101:15-19; 101:21:  R, P, F  102:8-15; 102:17-18: R, P | **15; 102:17-18; 104:25-105:3; 105:5-11; 105:13-106:10; 106:12-107:11;** 102:25-103:8; 164:20-165:6  **For 112:12-22; 112:24-113:10; 113:12-16:** 44:24-45:11; 113:18-114:3  **For 130:5-7; 130:21-131:2; 131:15-17; 131:19-21; 131:24;** | 403 (164:20-165:6 | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 123:4-10; 123:12-25; 124:2-14; 125:10-15; 125:21-23; 126:2-9; 127:9-20; 127:22-23; 128:2-9; 129:4-16; 130:5-7; 130:21-131:2; 131:15-17; 131:19-21; 131:24; 132:1-6; 134:4-6; 134:8; 134:10-16; 135:16-20; 135:23-24; 153:4-10; 153:13-17; 153:19-21; 155:7-18 | 104:25-105:3; 105:5-11; 105:13-106:10; 106:12-107:11: R

108:23-109:10; 112:12-22; 112:24-113:10; 113:12-16; 114:25-115:12: R, K, H

122:18-25:  R

123:1-2; 123:4-10; 123:12-25, 124:2:  R, P, S, K

124:4-14: R, P | **132:1-6:** 130:8-20; 134:14-23

**For 134:4-6; 134:8:** 133:22-134:3

**For 134:10-16; 135:16-20; 135:23-24:**  135:12-15

**For 153:4-10; 153:13-17; 153:19-21:** 153:24-154:7 | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter
Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter
Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---------|------|--------------------------|--------------------|------------------------------|---------------------------------------------------------|-------------------------------------------|-----------------------------------------------------------------|---------------------------------------|
| | | | | | 125:10-15; 125:21-23; 126:2-9; 127:9-20; 127:22-23; 129:4-16: R, P<br><br>127:19-20, 22-23: K, S | | | |
| | | 155:19-21 | | 155:22-156:18 | | | | |
| | | 158:12-159:12 | FRE 403, 602, & 802 | 162:7-9; 163:1-3; 163:6-8; 171:6-10; 171:24-25; 172:2-12; 172:15-173:8; 173:10-17; 173:19; 177:14-22; 178:4-5; | All:  IC<br><br>162:7-9; 163:1-3; 163:6-8:  R<br><br>177:14-22; 178:4-5; 178:7-15:  R, P, F | **For 162:7-9; 163:1-3; 163:6-8:** 163:9-21<br><br>**For 171:6-10; 171:24-25; 172:2-12; 172:15-173:8;** | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 178:7-15; 180:15-19; 181:15-18; 181:20-182:4; 182:8-17; 182:19-183:2 | 182:10-183:2: P | **173:10-17; 173:19:** 174:17-176:20 <br><br> **For 180:15-19:** 168:10-17 | | |
| Finnan, Patrick, Esq.[2] | 3/2/2010 | 11:4-6 | | | | | | |
| | | 16:21-17:10 | | | | | | |
| | | 27:2-4 | | | | | | |
| | | 27:9-19 | | | | | | |
| | | 29:7-13 | | | | | | |
| | | 45:19-46:3 | FRE 402 & 403 Calls for speculation | | | | | |

[2] Defendants' Motion for Partial Summary Judgment for Plaintiff's Violation of 35 U.S.C. § 305 (D.I. 479) and Plaintiff's Motion for Summary Judgment of No Violation of 35 U.S.C. § 305 (D.I. 491) are pending before the Court.  If the Court grants either motion, the parties will consider whether to withdraw designations from the Finnan deposition.

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---------|------|--------------------------|--------------------|-----------------------------|--------------------------------------------------------|------------------------------------------|---------------------------------------------------------------|--------------------------------------|
|  |  | 46:9-14 | FRE 402 & 403 |  |  |  |  |  |
|  |  | 48:9-14 | FRE 402 & 403 |  |  |  |  |  |
|  |  | 53:15-24 |  |  |  |  |  |  |
|  |  | 54:4-11 |  |  |  |  |  |  |
|  |  | 61:12-22 |  |  |  |  |  |  |
|  |  | 62:2-9 |  |  |  |  |  |  |
|  |  | 67:4-12 | FRE 402 & 403 |  |  |  |  |  |
|  |  | 68:11-69:2 | FRE 402 & 403 |  |  |  |  |  |
|  |  | 71:13-15 |  |  |  |  |  |  |
|  |  | 71:19-72:6 |  |  |  |  |  |  |
|  |  | 78:12-17 | FRE 402 & 403 |  |  |  |  |  |
|  |  | 79:25-81:25 | FRE 402 & 403 | 82:2-3 |  | 199:12-25; 200:2-10 |  |  |
|  |  | 83:16-19 | FRE 402 |  |  |  |  |  |
|  |  | 131:5-13 |  |  |  |  |  |  |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 147:9-25 | | | | | | |
| | | 156:20-157:11 | | | | | | |
| | | 160:22-161:6 | | | | | | |
| | | 161:17-20 | | | | | | |
| | | 163:7-14 | | 164:17-165:2 | | 199:12-25; 200:2-10 | | |
| | | 163:20-24 | FRE 403 | 164:17-165:2 | | 199:12-25; 200:2-10 | | |
| | | 166:21-167:3 | | | | | | |
| | | 167:14-16 | | | | | | |
| | | 181:20-182:16 | | 182:17-20 | | | | |
| | | 182:21-24 | FRE 701 & 702 | | | | | |
| | | 183:15-18 | | | | | | |
| | | 184:2-25 | | | | | | |
| | | 185:7-15 | | | | | | |
| | | 189:9-19 | | | | | | |
| | | 189:24-190:2 | | | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 190:7-14 | | | | | | |
| | | 190:19-21 | | | | | | |
| | | 191:9-14 | | 191:15-25 | | | | |
| | | 192:15-19 | | 192:20-193:8 | K, NR (192:20-193:3) | | | |
| | | 194:5-10 | | | | | | |
| | | 194:20-24 | FRE 403 | | | | | |
| | | 197:24-198:5 | FRE 403 | | | | | |
| | | 199:12-25 | | | | | | |
| | | 200:3-200:25 | | | | | | |
| | | 201:2- 201:13 | | | | | | |
| | | 201:23-202:4 | | | | | | |
| | | 208:10-15 | | 207:22-208:9 | R, P | | | |
| | | 212:14-16 | | | | | | |
| | | 213:9-19 | | | | | | |
| | | 219:8-22 | | | | | | |
| | | 221:9-25 | | | | | | |
| | | 222:9-20 | | | | | | |
| | | 223:4-6 | | | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 224:9-24 | | | | | | |
| | | 230:19-231:7 | | | | | | |
| | | 232:14-20 | | | | | | |
| | | 232:24-233:9 | | | | | | |
| | | 234:13-20 | | | | | | |
| | | 241:20-242:12 | | | | | | |
| | | 242:19-243:14 | | | | | | |
| | | 243:21-244:23 | | | | | | |
| Krasner, Norman | 4/14/2010 | 9:3-14 | | | | | | |
| | | 10:2-12 | | | | | | |
| | | 11:5-12:9 | | | | | | |
| | | 20:11-21:15 | | | | | | |
| | | 23:7-10 | FRE 402 & 403 | | | | | |
| | | 24:7-25:5 | | | | | | |
| | | 32:11-19 | FRE 402 & 403 | | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 33:14-17 | FRE 402 & 403 | | | | | |
| | | 35:19-22 | | | | | | |
| | | 36:2-14 | | | | | | |
| | | 37:11-19 | | | | | | |
| | | 38:5-22 | | | | | | |
| | | 39:10-14 | | | | | | |
| | | 39:17-19 | | | | | | |
| | | 42:23-25 | | | | | | |
| | | 43:15-16 | | | | | | |
| | | 43:19-20 | | | | | | |
| | | 43:22-44:3 | | | | | | |
| | | 54:18-55:2 | | | | | | |
| | | 56:7-10 | | | | | | |
| | | 66:16:22 | | | | | | |
| | | 69:7-13 | | | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| Moses, Charles | 3/25/2010 | 9:17-18 | FRE 402 & 403[3] | | | | | |
| | | 10:19-10:23 | | | | | | |
| | | 54:21-59:5 | | | | | | |
| | | 70:19-24 | | | | | | |
| | | 73:20-74:5 | | 69:25-70:5; 74:24-75:2; 75:4-6 | | 70:6-15 | | |
| | | 74:7-10 | | 69:25-70:5; 74:24-75:2; 75:4-6 | | 70:6-15 | | |
| | | 74:12-13 | | 69:25-70:5; 74:24-75:2; 75:4-6 | | 70:6-15 | | |
| | | 74:18-21 | | 69:25-70:5; 74:24-75:2; 75:4-6 | | 70:6-15 | | |

---

[3] Plaintiff's Motion for Summary Judgment of No 35 U.S.C. § 112 Invalidity (D.I. 495) is pending before the Court.  If the Court grants the portion of this motion directed to the alleged violation of the "best mode" requirement, Plaintiff objects to all designations of Mr. Moses' testimony under FRE 402 & 403.

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 75:10-76:14 | | 69:25-70:5; 74:24-75:2; 75:4-6 | | 70:6-15 | | |
| | | 80:2-4 | | | | | | |
| | | 80:6-9 | | | | | | |
| | | 80:11-17 | | | | | | |
| | | 94:19-94:25 | | | | | | |
| | | 95:2-95:8 | | | | | | |
| | | 95:19-95:23 | | | | | | |
| | | 97:19-97:22 | | | | | | |
| | | 101:8-101:18 | | | | | | |
| | | 101:22-101:25 | | | | | | |
| | | 102:2-102:4 | | | | | | |
| | | 102:6 | | | | | | |
| Rennard, Robert | 5/20/2010 | 8:5-8:7 | | | | | | |
| | | 8:21-8:25 | | | | | | |
| | | 61:12-63:2 | | 61:3-11; 64:11-69:2 | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 82:9-83:2 | FRE 402, 602 & 701 | | | | | |
| | | 84:20-84:23 | FRE 402 & 701 | | | | | |
| | | 84:25-85:1 | FRE 402 & 701 | | | | | |
| | | 100:5-8 | | 100:9-101:14 | IC (101:9-14) | | | |
| | | 114:23-115:4 | | | | | | |
| | | 115:21-115:25 | | 115:19-20; 116:1-18; 116:22-117:14; 120:5-122:20 | | | | |
| | | 116:19-116:21 | | 115:19-20; 116:1-18; 116:22-117:14; 120:5-122:20 | | | | |
| | | 122:21-122:24 | | 120:5-122:20 | | | | |
| | | 123:1-123:9 | | 120:5-122:20 | | | | |
| | | 123:11-12 | | 120:5-122:20 | | | | |
| | | 158:14- | | 157:13-20; | | 156:22- | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter
Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter
Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 159:14 | | 157:22-158:13; 160:2-5; 160:7-19; 173:11-174:22; *Errata* (159:10) | | 157:12, 160:20-161:1 | | |
| | | 159:16-159:22 | | 157:13-20; 157:22-158:13; 160:2-5; 160:7-19; 173:11-174:22 | | 156:22-157:12, 160:20-161:1 | | |
| | | 159:24-160:1 | | 157:13-20; 157:22-158:13; 160:2-5; 160:7-19; 173:11-174:22 | | 156:22-157:12, 160:20-161:1 | | |
| | | 192:4-192:6 | FRE 701 | 191:20-22; 191:24-192:3 | IC | | | |
| | | 192:8-192:16 | FRE 701 | 191:20-22; 191:24-192:3 | IC | | | |
| | | 192:20-192:25 | FRE 701 | 191:20-22; 191:24-192:3 | IC | | | |
| | | 194:10- | FRE 701 | 194:17-195:18 | IC | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter
Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter
Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 194:12 | | | | | | |
| | | 194:15-194:16 | FRE 701 | 194:17-195:18 | IC | | | |
| | | 200:19-201:3 | FRE 402 & 403 | | | | | |
| | | 202:23-203:10 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 205:10-206:21 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 207:15-208:3 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 214:9-13 | | | | |
| | | 208:10-209:7 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 209:10-210:5 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13; *Errata* (209:24) | | | | |
| | | 210:12-210:13 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 210:15-210:17 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 210:23-211:4 | FRE 402 & 403 | 203:11-205:9; 206:22-207:14; 208:4-9; 210:6-11; 210:18-22; 211:5-16; 214:9-13 | | | | |
| | | 222:3-222:12 | FRE 402, 403 & 701 | | | | | |
| | | 222:14-222:16 | FRE 402, 403 & 701 | | | | | |
| | | 222:18 | FRE 402, 403 & 701 | | | | | |
| | | 250:6-252:9 | | 252:13-18; 253:11-254:10 | | | | |
| Schuchman, Leonard | 6/24/2010 | 8:16-22 | | | | | | |
| | | 9:3-9:6 | | | | | | |
| | | 18:15-19:6 | FRE 402 & | 105:22-25; | | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | 403 | 106:4-11 | | | | |
| | | 33:3-33:22 | FRE 402 & 403 | 33:23-24 | | | | |
| | | 35:3-8 | FRE 402 & 403 | | | | | |
| | | 35:11-19 | FRE 402 & 403 | | | | | |
| | | 42:19-43:3 | FRE 402 & 403 | | | | | |
| | | 46:11-47:8 | FRE 402 & 403 | | | | | |
| | | 50:21-50:25 | FRE 402 & 403 | | | | | |
| Zegeer, Jim[4] | 4/22/2010 | 7:21-7:22 | | | | | | |
| | | 8:25-9:9 | | | | | | |
| | | 12:24-13:6 | | | | | | |
| | | 14:12-14:14 | | | | | | |

---

[4] Plaintiff's Motion for Summary Judgment of No 35 U.S.C. § 112 Invalidity (D.I. 495) is pending before the Court.  If the Court grants the portion of this motion directed to the alleged violation of the "best mode" requirement, Plaintiff objects to all designations of Mr. Zeeger's testimony under FRE 402 & 403.

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | 30:17-30:21 | | | | | | |
| | | 38:10-38:12 | | | | | | |
| | | 38:20 | | | | | | |
| | | 41:3-41:8 | | | | | | |
| | | 41:15-41:17 | | | | | | |
| | | 41:20-41:22 | | | | | | |
| | | 43:16-43:19 | | | | | | |
| | | 52:7-52:16 | | | | | | |
| | | 58:18-58:23 | | | | | | |
| | | 59:8-59:11 | | | | | | |
| | | 59:15-60:3 | | | | | | |
| | | 60:6-60:20 | | 60:24-61:11 | | | | |
| | | 61:12-61:14 | | 60:24-61:11 | | | | |
| | | 61:18-61:23 | | 61:24-62:2 | | | | |
| | | 64:14-64:19 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |
| | | 64:21-64:25 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |
| | | 65:3-65:8 | | 65:12-13; | V, IO (124:12- | | | |

**Exelis Inc. v.Cellco P'ship, et al.**

Defendants' Deposition Designations; Exelis' Objections and Counter Designations; Defendants' Counter-Counter Designations and Objections to Exelis' Counter Designations; Exelis' Objections to Defendants' Counter-Counter Designations

| Witness | Date | Defendants' Designations | Exelis' Objections | Exelis' Counter Designations | Defendants' Objections to Exelis' Counter Designations | Defendants' Counter-Counter Designations | Exelis' Objections to Defendants' Counter-Counter Designations | Exelis' Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| | | | | 123:7-124:15 | 15) | | | |
| | | 65:10 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |
| | | 65:14-65:16 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |
| | | 65:18-65:19 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |
| | | 65:21 | | 65:12-13; 123:7-124:15 | V, IO (124:12-15) | | | |