

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

November 15, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

      Re:    **Exelis Inc. v. Cellco Partnership, et al.**
              **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

      As Plaintiff Exelis, Inc. ("Exelis") advised the Court during the Final Pretrial Conference, Dr. Ron Bruno, Exelis' sole remaining employee-inventor, has cancer and his treatment prevents him from traveling away from Arlington, Virginia. The Court gave Exelis permission to take a trial deposition of Dr. Bruno, provided he was willing and able to do so.

      Yesterday, during a meet-and-confer call and subsequently by letter, Exelis advised Defendants that Dr. Bruno is available for deposition on Monday, November 19th or Tuesday, November 20th from 11:00 a.m. to 2:00 p.m. Defendants (through Qualcomm's counsel) stated that neither of those days would work for them. Instead, Defendants stated that they are available on Sunday, November 25th (the day before trial), or alternatively on Monday, November 26th (the first day of trial).

      Exelis explained that Defendants' proposed dates would obviously not work for many reasons, including: Dr. Bruno is not available on Sunday, November 25th; Exelis' counsel will be in Delaware for trial on Sunday, November 25th and Monday, November 26th (not in Arlington, VA); it is not possible to have the deposition transcript finalized, synched to the video recording, designated, counter-designated, and objected to by the parties; the video clips cannot be completed in time to play to the jury on the first or second day of trial.



The Honorable Leonard P. Stark
November 15, 2012
Page 2

    During a subsequent phone call, Qualcomm's counsel from the Cravath firm, Mr. Stark, explained that he had been tasked with attending the Bruno deposition, and that the November 19th and 20th dates did not work for him due to personal reasons relating to damage from Hurricane Sandy and personal commitments pertaining to the upcoming Thanksgiving holiday. Exelis explained that there are many lawyers representing the defendants who are qualified to take the short deposition of Dr. Bruno.

    Dr. Bruno is unavailable all day on Wednesday, November 21st, because he will be receiving medical treatments that day. In addition, Dr. Bruno's extended family will be traveling to spend the Thanksgiving weekend with him, and, thus, he is unavailable from November 21st through the start of trial.

    Mr. Stark's unavailability, while unfortunate, is not determinative. Several experienced lawyers work for the defendants on this case. There have been at least four different Qualcomm lawyers, and at least one lawyer for the LG and Kyocera defendants, who have taken depositions in this case.

    There is simply no good reason why Dr. Bruno's deposition should not occur on Monday, November 19th or Tuesday, November 20th. The deposition will be short. Exelis has proposed a total of 2.5 hours to be divided equally between Exelis and Defendants. Moreover, Defendants have already deposed Dr. Bruno in this case, and, thus, the potential prejudice to them not being able to attend the deposition with their chosen lawyer is minimal.

    Because of the time pressures, Defendants and Exelis agreed that if a resolution could not be reached by this morning, the parties would need to seek guidance from the Court on how to proceed. No agreement was reached, and, therefore, Exelis seeks that guidance. Today, the parties are in mediation with Magistrate Judge Thynge in her chambers. Under the circumstances, counsel for Exelis respectfully requests that the Court schedule a teleconference with counsel for the parties tomorrow to resolve the Bruno deposition scheduling issue. Counsel for Exelis will make themselves available at the Court's convenience.

    Respectfully submitted,

    /s/ Gregory B. Williams (#4195)

    Gregory B. Williams

cc:    Counsel of Record (via CM/ECF)