

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

November 16, 2012

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

      Re:    **Exelis Inc. v. Cellco Partnership, et al.**
              **U.S.D.C., D.Del., Civil Action No. 09-190-LPS-MPT**

Dear Judge Stark:

      We are pleased to inform the Court that the parties engaged in a second day of mediation with Judge Thynge yesterday and have entered an agreement in principle to resolve all remaining claims in this action. The parties still need time to draft and execute the appropriate settlement documents before dismissing the case, but are comfortable with the Court cancelling the trial scheduled to begin on November 26th. Upon execution of the settlement agreement and completion of any other necessary matters, the parties will promptly file the Notice of Dismissal with the Court.

      Counsel for the parties are available at the Court's convenience for a teleconference if the Court has any questions or would like to discuss any issues of concern. We greatly appreciate the Court's assistance in facilitating an amicable resolution of this matter.

                              Respectfully submitted,

                              /s/ Gregory B. Williams (#4195)

                              Gregory B. Williams

GW:bjr
cc:    Counsel of Record (via CM/ECF)