## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 09-190-LPS<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN EXELIS INC. AND DEFENDANT QUALCOMM INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Exelis Inc. ("Exelis") and Defendant Qualcomm Incorporated ("Qualcomm") agree and stipulate to the dismissal with prejudice of all claims and defenses asserted by Exelis against Qualcomm and all counterclaims and defenses asserted by Qualcomm against Exelis in the above-captioned action.

Each party shall bear its own costs and attorneys' fees.

Agreed and stipulated to by:

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Gregory B. Williams | /s/ Richard L. Horwitz |
| Gregory B. Williams, Esq. (ID No. 4195) | Richard L. Horwitz, Esq. (ID No. 2246) |
| Citizens Bank Center | David E. Moore (ID No. 3983) |
| 919 Market Street, Suite 1300 | 1313 N. Market St., 6th Floor |
| Wilmington, DE 19899 | P.O. Box 951 |
| (302) 622-4211 | Wilmington, DE 19899-0951 |
| gwilliams@foxrothschild.com | rhorwitz@potteranderson.com |
| Attorneys for Plaintiff EXELIS Inc. | Attorneys for Defendant QUALCOMM, Inc. |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
LEONARD P. STARK
UNITED STATE DISTRICT JUDGE