**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELIS INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 09-190-LPS-MPT<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN EXELIS INC. AND DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC. AND LG MOBILECOMM U.S.A.**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Exelis Inc. ("Exelis") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Mobilecomm U.S.A. (collectively "LG entities"), by and through their counsel, agree and stipulate to the dismissal with prejudice of all claims and defenses asserted by Exelis against LG entities and all counterclaims and defenses asserted by LG entities against Exelis in the above-captioned action.

Each party shall bear its own costs and attorneys' fees.

| FOX ROTHSCHILD LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Gregory B. Williams<br>Gregory B. Williams (I.D. No. 4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, Delaware 19899 | /s/ Paul E. Crawford<br>Paul E. Crawford (I.D. No. 0493)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207 |

(302) 622-4211                          Wilmington, Delaware 19899
gwilliams@foxrothschild.com             (302) 658-9141
                                        pcrawford@cblh.com

Date:   January 9, 2013


IT IS SO ORDERED this _____ day of _____, 2013.


_____
United States District Judge