## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS INC.,<br><br>                               Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>                               Defendants. | Civil Action No. 09-190-LPS-MPT<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN EXELIS INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Exelis Inc. ("Exelis") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through their counsel, agree and stipulate to the dismissal with prejudice of all claims and defenses asserted by Exelis against Verizon Wireless and all counterclaims and defenses asserted by Verizon Wireless against Exelis in the above-captioned action.

Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| FOX ROTHSCHILD LLP | ASHBY & GEDDES |
| /s/ Gregory B. Williams<br>Gregory B. Williams (I.D. No. 4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, Delaware 19899<br>(302) 622-4211 | /s/ John G. Day<br>John G. Day (I.D. No. 2403)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashby-geddes.com |

gwilliams@foxrothschild.com

Date:   January 10, 2013

IT IS SO ORDERED this 11th day of January, 2013.

_____
United States District Judge