## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIS INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP (d/b/a Verizon Wireless), LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., and KYOCERA COMMUNICATIONS, INC., and QUALCOMM INC.,<br><br>        Defendants. | Civil Action No. 09-190-LPS-MPT<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN EXELIS INC. AND DEFENDANTS KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., KYOCERA WIRELESS CORP., KYOCERA COMMUNICATIONS, INC., AND KYOCERA SANYO TELECOM INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Exelis Inc. ("Exelis") and Defendants Kyocera Corporation, Kyocera International, Inc., Kyocera Wireless Corp., Kyocera Communications, Inc., and Kyocera Sanyo Telecom Inc. (collectively "Kyocera entities"), by and through their counsel, agree and stipulate to the dismissal with prejudice of all claims and defenses asserted by Exelis against Kyocera entities and all counterclaims and defenses asserted by Kyocera entities against Exelis in the above-captioned action.

Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| FOX ROTHSCHILD LLP | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| /s/ Gregory B. Williams | /s/ Paul E. Crawford |

| | |
|---|---|
| Gregory B. Williams (I.D. No. 4195)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, Delaware 19899<br>(302) 622-4211<br>gwilliams@foxrothschild.com | Paul E. Crawford (I.D. No. 0493)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>pcrawford@cblh.com |

Date:   February 11, 2013


IT IS SO ORDERED this _____ day of _____, 2013.


_____
United States District Judge